```
 1  LAW OFFICE OF JOHN CLAASSEN
    JOHN CLAASSEN, ESQ. (212954)
 2  2201 BROADWAY, SUITE 803
    OAKLAND, CA 94612
 3  TELEPHONE: (510) 251-8010
    FACSIMILE: (510) 868-3398
 4  john@claassenlegal.com

 5  Attorneys for Plaintiffs
    KWOK CHO; THAU LONG; XIAO MIN MA; YAN YUN YU; WAI PAK;
 6  MICHELLE B. REN; WENG SHENG WONG; AND WENG K. WONG

 7
                    UNITED STATES DISTRICT COURT
 8
                   NORTHERN DISTRICT OF CALIFORNIA
 9
```

| | |
|---|---|
| KWOK K. CHO, an individual; THAU LONG, an individual; HAO LONG, an individual; XIAO MIN MA, an individual; YAN YUN YU, an individual; WAI PAK, an individual; MICHELLE B. REN, an individual; WENG SHENG WONG, an individual; and WENG K. WONG, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>MAURICE JACKSON, an individual, and aka RTI and aka REAL TIME INVESTMENTS and aka ECONOMIC RESOURCE SERVICES, REAL TIME INVESTMENTS, LLC, a California limited liability company, ECONOMIC RESOURCE SERVICES, a Nevada corporation, VERNA TAIT, an individual, JACQUELYNE ODOM, aka JACKIE ODOM, an individual, aka JACQUELINE ODOM, MAISHA YVONNE PULLIAM, an individual, aka MAISHA YVONNE JACKSON, ECONOMIC REAL ESTATE SOLUTIONS, INC., a California corporation, and DOES 1 THROUGH 100,<br><br>        Defendants. | Case No.: C07-06512 JCS<br><br>**DECLARATION OF JOHN CLAASSEN, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER TO CHANGE TIME TO HEAR PLAINTIFFS' APPLICATION FOR A WRIT OF ATTACHMENT PURSUANT TO LOCAL RULE 6-3**<br><br>Date: not applicable (Civil L.R. 6-3)<br>Time: not applicable<br>Before: Honorable Joseph C. Spero |

DECLARATION OF JOHN CLAASSEN, ESQ.                          C07-06512 CJS

# DECLARATION OF JOHN CLAASSEN, ESQ.

I, John Claassen, Esq., declare as follows:

1.  I am counsel of plaintiffs KWOK K. CHO, an individual; THAU LONG, an individual; HAO LONG, an individual; XIAO MIN MA, an individual; YAN YUN YU, an individual; WAI PAK, an individual; MICHELLE B. REN, an individual; WENG SHENG WONG, an individual; and WENG K. WONG, an individual ("Plaintiffs") in the above-captioned action. I submit this declaration in support of Plaintiffs' Motion for Order to Change Time to Hear Plaintiffs' Application for a Writ of Attachment. I have personal knowledge of the facts set forth herein and could and would testify competently thereto if asked to do so.

2.  Plaintiffs filed a Verified Amended Complaint in this action in the Superior Court of California, County of Alameda, on December 18, 2007 (Case No. RG07357682).

3.  On the same date, Plaintiffs also filed an Ex Parte Application for an Order Shortening Time Regarding the Hearing Date of an Application for a Writ of Attachment ("Ex Parte Application"). The Application was granted. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Superior Court's order granting the ex parte application.

4.  The hearing date with respect to the application for writ of attachment was scheduled on shortened notice by the Superior Court of California for January 4, 2008. Shortly before the hearing for the Ex Parte Application, on December 31, 2007, defendants filed a Notice of Removal of this action pursuant to 28 U.S.C. section 1441(b). As a result of defendants' removal, the hearing on that Ex Parte Application before the Superior Court of California never took place.

5.  I was unable to address this matter before the current date, as I was in an arbitration pending under the Kaiser Arbitration Rules between January 7 and January 18, 2008. I was also called

DECLARATION OF JOHN CLAASSEN, ESQ.                                              C07-06512 CJS
-1-

to trial in *Gina Kim vs. Hong Yun Kim* (S.F. Superior Court # CGC-07-460839) on Monday, January 27, 2008.

6. On January 29, 2008, I left a phone message with defendants' counsel to request a stipulation to the change in time, but I received no response from Defendants' counsel

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of January 2008 in Oakland, California.

_____
JOHN CLAASSEN, ESQ.

# EXHIBIT A

1  LAW OFFICE OF JOHN CLAASSEN
   JOHN CLAASSEN, ESQ. (212954)
2  2201 BROADWAY, SUITE 803
   OAKLAND, CA 94612
3  TELEPHONE: (510) 251-8010
   FACSIMILE: (510) 868-3398
4
   Attorneys for Plaintiffs
5

ENDORSED
FILED
ALAMEDA COUNTY

DEC 1 7 2007

CLERK OF THE SUPERIOR COURT
By ___ PAM WILLIAMS ___
                    Deputy

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ALAMEDA (UNLIMITED JURISDICTION)

| | |
|---|---|
| KWOK K. CHO, an individual, THAU LONG, an individual, HAO LONG, an individual, XIAO MIN MA, an individual, YAN YUN YU, an individual, WAI PAK, an individual, MICHELLE B. REN, an individual, WENG SHENG WONG, and WENG K. WONG, an individual,<br><br>   Plaintiffs,<br><br>   v.<br><br>MAURICE JACKSON, an individual, and aka RTI & aka REAL TIME INVESTMENTS and aka ECONOMIC RESOURCE SERVICES, REAL TIME INVESTMENTS, LLC, a California limited liability company, ECONOMIC RESOURCE SERVICES, a Nevada corporation, VERNA TAIT, an individual, JACQUELYNE ODOM, aka JACKIE ODOM, an individual, aka JACQUELINE ODOM, MAISHA YVONNE PULLIAM, an individual, aka MAISHA YVONNE JACKSON, ECONOMIC REAL ESTATE SOLUTIONS, INC., a California corporation, and DOES 1 THROUGH 100,<br><br>   Defendants. | ASSIGNED FOR ALL PURPOSES TO HONORABLE JON S. TIGAR DEP'T 21<br><br>Case No.: RG07357682<br><br>(JST)<br>[~~PROPOSED~~] ORDER<br><br>Date: December 17, 2007<br>Time: 8:30 a.m.<br>Dept: 21<br><br>R-782943 |

[PROPOSED] ORDER                                                    RG07357682

# [PROPOSED] ORDER

The ex parte application of Plaintiffs Kwok K. Cho, Thau Long, Hao Long, Xiao Min Ma, Yan Yun Yu, Wai Pak, Michelle B. Ren, Weng Sheng Wong, Weng K. Wong ("Plaintiffs") for order shortening time pursuant to Code of Civil Procedure section 1005 and California rule of Court 3.1200 was heard on December 17, 2007. Plaintiffs were represented by John Claassen, Esq. [and defendants were represented by Vernon C. Goins].

After considering the papers submitted and argument of counsel, I hereby make the following rulings:

a. Plaintiffs' ex parte application is hereby GRANTED.
b. Plaintiffs shall serve defendants Maurice Jackson and Verna Tait with the summons, complaint, civil case cover sheet, ADR information package, this order, the application for a writ of attachment and any and all papers supporting such application [(i) in the same manner as service of summons and the complaint no later than 12/19/07 to the extent he has not appeared at the ex parte hearing or (ii) by overnight courier or fax on any attorney who appeared on their behalf at this ex parte hearing].
c. Defendants Maurice Jackson and Verna Tait shall file and serve an opposition, if any, no later than 12/28/07. by fax.
d. Plaintiffs shall file and serve pleadings in reply no later than _____.
e. The hearing on Plaintiff's application for a writ of attachment shall be on 1/3/08 at 8:45 am.

SO ORDERED.

DATED: 12/17/07

HONORABLE JON S. TIGAR

[PROPOSED] ORDER

-1-

RG07357682

1 | Respectfully submitted,
2 |
3 | DATED: December 13, 2007         LAW OFFICE OF JOHN CLAASSEN
4 |
5 |                                  By: _____
                                          JOHN CLAASSEN
6 |                                       Attorneys for Plaintiffs

[PROPOSED] ORDER

-2-

RG07357682