LAW OFFICE OF JOHN CLAASSEN
JOHN CLAASSEN, ESQ. (212954)
2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
TELEPHONE: (510) 251-8010
FACSIMILE: (510) 868-3398
john@claassenlegal.com

Attorneys for Plaintiffs
KWOK CHO; THAU LONG; HAO LONG; XIAO MIN MA; YAN YUN YU;
WAI PAK; MICHELLE B. REN; WENG SHENG WONG; WENG K. WONG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWOK K. CHO, an individual; THAU LONG, an individual; HAO LONG, an individual; XIAO MIN MA, an individual; YAN YUN YU, an individual; WAI PAK, an individual; MICHELLE B. REN, an individual; WENG SHENG WONG, an individual; and WENG K. WONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MAURICE JACKSON, an individual, and aka RTI and aka REAL TIME INVESTMENTS and aka ECONOMIC RESOURCE SERVICES, REAL TIME INVESTMENTS, LLC, a California limited liability company, ECONOMIC RESOURCE SERVICES, a Nevada corporation, VERNA TAIT, an individual, JACQUELYNE ODOM, aka JACKIE ODOM, an individual, aka JACQUELINE ODOM, MAISHA YVONNE PULLIAM, an individual, aka MAISHA YVONNE JACKSON, ECONOMIC REAL ESTATE SOLUTIONS, INC., a California corporation, and DOES 1 THROUGH 100,<br><br>Defendants. | Case No.: C07-06512 JCS<br><br>**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO CHANGE TIME TO HEAR PLAINTIFFS' APPLICATION FOR WRIT OF ATTACHMENT PURSUANT TO LOCAL RULE 6-3**<br><br>Date: not applicable (Civil L.R. 6-3)<br>Time: not applicable<br>Before: Honorable Joseph C. Spero |

PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER TO                C07-06512 JCS
CHANGE TIME TO HEAR PLAINTFFS' APPLICATION FOR A WRIT OF ATTACHMENT     - 1

**PROPOSED ORDER**

The Court has considered the Motion before it submitted by Plaintiffs Kwok Cho; Thao Long; Hao Long; Xiao Min Ma; Yan Yun Yu; Wai Pak; Michelle B. Ren; Weng Sheng Wong; and Weng K. Wong ("Plaintiffs"). After consideration of the Motion for Order to Change the Time to Hear Plaintiffs' Application for a Writ of Attachment to a court date as soon as the Court's calendar permits; all responses thereto and argument of counsel, if any; and good cause being shown, therefore

IT IS HEREBY ORDERED that Plaintiffs' Motion is granted.

DATED: _____, 2008

_____
Joseph C. Spero
United States Magistrate Judge