1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KWOK K. CHO, an individual, et al,

              Plaintiff(s),

     v.

MAURICE JACKSON, et al,

              Defendant(s).

_____/

No.  C  07-06512 JCS

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  January 30, 2008  _____

                                    _____

                                      Signature

                                      Counsel for  All Plaintiffs  _____

                                      (Plaintiff, Defendant or indicate "pro se")