UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWOK K. CHO, ET AL., | Case No. 07-06512 JCS |
| Plaintiff(s), | |
| v. | **ORDER DENYING PLAINTIFFS' MOTION FOR ORDER TO CHANGE TIME TO HEAR PLAINTIFFS' APPLICATION FOR A WRIT OF ATTACHMENT [Docket No. 5]** |
| MAURICE JACKSON, ET AL., | |
| Defendant(s). | |

On January 30, 2008, Plaintiffs' filed a Motion for Order to Change Time To Hear Plaintiffs' Application For A Writ of Attachment (the "Motion").

IT IS HEREBY ORDERED that the Motion is DENIED.

IT IS SO ORDERED.

Dated: January 31, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge