1  LAW OFFICE OF JOHN CLAASSEN
   *John Claassen, Esq. (212954)*
2  2201 Broadway, Suite 803
   Oakland, CA 94612
3  Telephone: (510) 251-8010
   Facsimile: (510) 868-3398
4  john@claassenlegal.com

5  Attorneys for Plaintiffs
   KWOK CHO; THAU LONG; XIAO MIN MA; YAN YUN YU; WAI PAK;
6  MICHELLE B. REN; WENG SHENG WONG; AND WENG K. WONG

7
   **UNITED STATES DISTRICT COURT**
8
   **NORTHERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| KWOK K. CHO, an individual; THAU LONG, an individual; HAO LONG, an individual; XIAO MIN MA, an individual; YAN YUN YU, an individual; WAI PAK, an individual; MICHELLE B. REN, an individual; WENG SHENG WONG, an individual; and WENG K. WONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MAURICE JACKSON, an individual, and aka RTI and aka REAL TIME INVESTMENTS and aka ECONOMIC RESOURCE SERVICES, REAL TIME INVESTMENTS, LLC, a California limited liability company, ECONOMIC RESOURCE SERVICES, a Nevada corporation, VERNA TAIT, an individual, JACQUELYNE ODOM, aka JACKIE ODOM, an individual, aka JACQUELINE ODOM, MAISHA YVONNE PULLIAM, an individual, aka MAISHA YVONNE JACKSON, ECONOMIC REAL ESTATE SOLUTIONS, INC., a California corporation, and DOES 1 THROUGH 100,<br><br>Defendants. | Case No.: C07-06512 JCS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' REQUEST FOR THE CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS MAURICE JACKSON AND VERNA TAIT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a)** |

**REQUEST FOR JUDICIAL NOTICE**                                                    **C07-06512 JCS**

**REQUEST FOR JUDICIAL NOTICE**

Plaintiffs Kwok Cho; Thao Long; Hao Long; Xiao Min Ma; Yan Yun Yu; Wai Pak; Michelle B. Ren; Weng Sheng Wong; and Weng K. Wong ("Plaintiffs") submit this request for judicial notice pursuant to Federal Rule of Evidence Section 201.

Plaintiffs seek judicial notice of the following documents, each of which is attached to this Request: Exhibits A, C & D to the Declaration of John Claassen, of even date hereof, which are true and correct copies of pleadings filed in this action prior to its removal to this Court.

Federal Rule of Evidence Section 201 authorizes the Court to take judicial notice of facts "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. E. Evid. § 201(b).

Additionally, the Court, upon proper notice, is required to take judicial notice of these documents. *See* Fed. R. Evid. § 201(d) (the trial court "shall take judicial notice if requested by a party and supplied with the necessary information").

The above-referenced documents qualify for judicial notice under Federal Rule of Evidence Section 201 because their existence in the Court record in Alameda County is not subject to reasonable dispute.

Accordingly, Plaintiffs respectfully requests the entry of an order of Court taking notice of the above-referenced documents.

DATED:   February 21, 2008                                Respectfully Submitted,

                                                          /s/ John S. Claassen, Esq.

                                                          _____

                                                          John S. Claassen, Esq.
                                                          2201 Broadway, Suite 803
                                                          Oakland, CA  94612
                                                          Telephone: 510-251-8010
                                                          Facsimile: 510-868-3398
                                                          john@claassenlegal.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28