1  LAW OFFICE OF JOHN CLAASSEN
   JOHN CLAASSEN, ESQ. (212954)
2  2201 BROADWAY, SUITE 803
   OAKLAND, CA 94612
3  TELEPHONE: (510) 251-8010
   FACSIMILE: (510) 868-3398
4  john@claassenlegal.com

5  Attorneys for Plaintiffs
   KWOK CHO; THAU LONG; XIAO MIN MA; YAN YUN YU; WAI PAK;
6  MICHELLE B. REN; WENG SHENG WONG; AND WENG K. WONG

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWOK K. CHO, an individual; THAU LONG, an individual; HAO LONG, an individual; XIAO MIN MA, an individual; YAN YUN YU, an individual; WAI PAK, an individual; MICHELLE B. REN, an individual; WENG SHENG WONG, an individual; and WENG K. WONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MAURICE JACKSON, an individual, and aka RTI and aka REAL TIME INVESTMENTS and aka ECONOMIC RESOURCE SERVICES, REAL TIME INVESTMENTS, LLC, a California limited liability company, ECONOMIC RESOURCE SERVICES, a Nevada corporation, VERNA TAIT, an individual, JACQUELYNE ODOM, aka JACKIE ODOM, an individual, aka JACQUELINE ODOM, MAISHA YVONNE PULLIAM, an individual, aka MAISHA YVONNE JACKSON, ECONOMIC REAL ESTATE SOLUTIONS, INC., a California corporation, and DOES 1 THROUGH 100,<br><br>Defendants. | Case No.: C07-06512 JCS<br><br>**PLAINTIFFS' REQUEST FOR THE CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS MAURICE JACKSON AND VERNA TAIT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a)** |

PLAINTIFFS' REQUEST FOR THE CLERK'S
ENTRY OF DEFAULT                                                               C07-06512 JCS

## REQUEST FOR THE CLERK'S ENTRY OF DEFAULT

Plaintiffs KWOK K. CHO, an individual; THAU LONG, an individual; HAO LONG, an individual; XIAO MIN MA, an individual; YAN YUN YU, an individual; WAI PAK, an individual; MICHELLE B. REN, an individual; WENG SHENG WONG, an individual; and WENG K. WONG, an individual, hereby request the entry of default against defendants Verna Tait and Maurice Jackson.

This request is based on the accompanying declaration of John Claassen, Esq. and the Request for Judicial Notice.

DATED: February 21, 2008

Respectfully Submitted,

/s/ John S. Claassen, Esq.

John S. Claassen, Esq.
2201 Broadway, Suite 803
Oakland, CA 94612
Telephone: 510-251-8010
Facsimile: 510-868-3398
john@claassenlegal.com