# EXHIBIT B

Case 3:07-cv-06512-JCS    Document 13    Filed 02/21/2008    Page 1 of 4

LAW OFFICE OF JOHN CLAASSEN

2201 BROADWAY, SUITE 803, OAKLAND, CALIFORNIA 94612
TEL. (510) 251-8010 | FAX. (510) 868-3398
john@claassenlegal.com

February 14, 2008

<u>Via Facsimile and First Class US Mail</u>

Vernon C. Goins, Esq.
TAYLOR, GOINS & STALLWORTH, LLP
1330 Broadway, Suite 1701
Oakland, CA 94612-2503

    Re: *Cho vs. Jackson*
       Case No.: RG07357682

Dear Mr. Goins:

  I write to provide you a courtesy reminder that the answer of Maurice Jackson and Verna Tait to the complaint in the above-referenced action is due. Please have them answer the complaint no later than Wednesday, February 20, 2008. If no answer is filed by the end of that day, plaintiffs will apply for entry of default.

Thank you for your prompt attention for this matter.

           Very truly yours,

           John Claassen

LAW OFFICE OF JOHN CLAASSEN

2201 BROADWAY, SUITE 803, OAKLAND, CALIFORNIA 94612
TEL. (510) 251-8010 | FAX. (510) 868-3398



| | | | |
|---|---|---|---|
| **To:** | Vernon C. Goins | **From:** | John Claassen, Esq. |
| **Fax:** | 510-893-4228 | **Pages:** | 2 incl. cover letter |
| **Phone:** | 510-893-9465 | **Date:** | February 14, 2008 |
| **Re:** | | **CC:** | |

☐ **Urgent**     ☐ **For Review**     ☐ **Please Comment**     ☐ **Please Reply**     ☐ **Please Recycle**

Please see the enclosed letter.

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                    0498
CONNECTION TEL                       8934228
SUBADDRESS
CONNECTION ID
ST. TIME                    02/14 16:42
USAGE T                     00'18
PGS. SENT                      2
RESULT                        OK
```

## LAW OFFICE OF JOHN CLAASSEN

2201 BROADWAY, SUITE 803, OAKLAND, CALIFORNIA 94612
TEL. (510) 251-8010 | FAX. (510) 868-3398



| | | | |
|---|---|---|---|
| **To:** Vernon C. Goins | | **From:** John Claassen, Esq. | |
| **Fax:** 510-893-4228 | | **Pages:** 2 incl. cover letter | |
| **Phone:** 510-893-9465 | | **Date:** February 14, 2008 | |
| **Re:** | | **CC:** | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Please see the enclosed letter.