# EXHIBIT D

```
LAW OFFICE OF JOHN CLAASSEN
JOHN CLAASSEN, ESQ. (212954)
2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
TELEPHONE: (510) 251-8010
FACSIMILE: (510) 868-3398

Attorneys for Plaintiffs
```

FILED
ALAMEDA COUNTY

DEC 1 8 2007

CLERK OF THE SUPERIOR COURT
By _____PO_____
                    Deputy

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ALAMEDA (UNLIMITED JURISDICTION)

| | |
|---|---|
| KWOK K. CHO, an individual, THAU LONG, an individual, HAO LONG, an individual, XIAO MIN MA, an individual, YAN YUN YU, an individual, WAI PAK, an individual, MICHELLE B. REN, an individual, WENG SHENG WONG, and WENG K. WONG, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>MAURICE JACKSON, an individual, and aka RTI & aka REAL TIME INVESTMENTS and aka ECONOMIC RESOURCE SERVICES, REAL TIME INVESTMENTS, LLC, a California limited liability company, ECONOMIC RESOURCE SERVICES, a Nevada corporation, VERNA TAIT, an individual, JACQUELYNE ODOM, aka JACKIE ODOM, an individual, aka JACQUELINE ODOM, MAISHA YVONNE PULLIAM, an individual, aka MAISHA YVONNE JACKSON, ECONOMIC REAL ESTATE SOLUTIONS, INC., a California corporation, and DOES 1 THROUGH 100,<br><br>    Defendants. | ASSIGNED FOR ALL PURPOSES TO HONORABLE JON S. TIGAR<br>DEP'T 21<br><br>Case No.: RG07357682<br><br>**PROOF OF SERVICE**<br><br>Date: January 3, 2008<br>Time: 8:45 a.m.<br>Dept: 21 |

**PROOF OF SERVICE**                                                    RG07357682

## PROOF OF SERVICE

I, Bernie Nubla, declare that:

I am employed in the county of Alameda, California. I am over the age of eighteen years and not a party to the within action. My business address is 2201 Broadway, Suite 803, Oakland, CA 94612. On December 4, 2007, I served the following document(s) entitled:

**VERIFIED AMENDED COMPLAINT**

**NOTICE OF APPLICATION AND HEARING FOR RIGHT TO ATTACH ORDER ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT**

**APPLICATION FOR RIGHT TO ATTACH ORDER; TEMPORARY RESTRICTIVE ORDER; ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING**

**MEMORANDUM OF POINTS AND AUTHORITIES**

**DECLARATION OF JOHN CLAASSEN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR WRIT OF ATTACHMENT AND IN THE ALTERNATIVE TEMPORARY PROTECTIVE ORDER**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' APPLICATION FOR WRIT OF ATTACHMENT AND IN THE ALTERNATIVE TEMPORARY PROTECTIVE ORDER**

**RIGHT TO ATTACH ORDER**

**WRIT OF ATTACHMENT AFTER HEARING [MAURICE JACKSON]**

**WRIT OF ATTACHMENT AFTER HEARING [VERNA TAIT]**

upon the following person(s) in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid prepaid in a federal express envelope for next day delivery at Oakland, California addresses as follows:

PROOF OF SERVICE                                                                                           RG07357682

1
2
3
4

> Vernon C. Goins, Es.
> Taylor, Goins & Stall Worth, LLP
> 1330 Broadway
> Suite 1701
> Oakland, CA 94612-2503

5
6
7

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California on December 17, 2007.

8
9
10

*Bernie Nubla*

Bernie Nubla

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE                                                                                           RG07357682

-2-