1  LAW OFFICE OF JOHN CLAASSEN
   *JOHN CLAASSEN, ESQ. (212954)*
2  2201 BROADWAY, SUITE 803
   OAKLAND, CA 94612
3  TELEPHONE:  (510) 251-8010
   FACSIMILE:  (510) 868-3398
4  john@claassenlegal.com

5  Attorneys for Plaintiffs
   KWOK CHO; THAU LONG; XIAO MIN MA; YAN YUN YU; WAI PAK;
6  MICHELLE B. REN; WENG SHENG WONG; AND WENG K. WONG

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9

10 | KWOK K. CHO, an individual; THAU        )
   | LONG, an individual; HAO LONG, an      )
11 | individual; XIAO MIN MA, an individual; )  Case No.:  C07-06512 JCS
   | YAN YUN YU, an individual; WAI PAK, an )
12 | individual; MICHELLE B. REN, an         )
   | individual; WENG SHENG WONG, an        )  **CERTIFICATE OF SERVICE**
13 | individual; and WENG K. WONG, an       )
   | individual,                            )
14 |                                         )
   |                                         )
15 |          Plaintiffs,                    )
   |                                         )
16 |     v.                                  )
   |                                         )
17 | MAURICE JACKSON, an individual, and    )
   | aka RTI and aka REAL TIME             )
18 | INVESTMENTS and aka ECONOMIC           )
   | RESOURCE SERVICES, REAL TIME          )
19 | INVESTMENTS, LLC, a California limited )
   | liability company, ECONOMIC RESOURCE   )
20 | SERVICES, a Nevada corporation, VERNA  )
   | TAIT, an individual, JACQUELYNE        )
21 | ODOM, aka JACKIE ODOM, an individual,  )
22 | aka JACQUELINE ODOM, MAISHA            )
   | YVONNE PULLIAM, an individual, aka     )
23 | MAISHA YVONNE JACKSON,                 )
   | ECONOMIC REAL ESTATE SOLUTIONS,        )
24 | INC., a California corporation, and DOES 1 )
25 | THROUGH 100,                            )
   |                                         )
26 |          Defendants.                    )
   |                                         )
27

28

**CERTIFICATE OF SERVICE**                                    **C07-06512 JCS**

## CERTIFICATE OF SERVICE

I, Bernie Nubla, declare as follows:

I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within action. My business address is 2201 Broadway, Suite 803 Oakland, CA 94612. On February 21, 2008, I served the following document(s) entitled:

**REQUEST FOR ENTRY OF DEFAULT**

**DECLARATION OF JOHN CLAASSEN**

**REQUEST FOR JUDICIAL NOTICE**

upon the following person(s) in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in a United States Post Office box at Oakland, California addressed as follows:

> Vernon Goins, Esq.
> Taylor, Goins & Stallworth
> 1330 Broadway, Suite 1701
> Oakland, CA 94612

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Oakland, California on February 21, 2008.

/s/ Bernie Nubla

_____

**CERTIFICATE OF SERVICE**   **C07-06512 JCS**

-2-