1  LAW OFFICE OF JOHN CLAASSEN
   *JOHN CLAASSEN, ESQ. (212954)*
2  2201 BROADWAY, SUITE 803
   OAKLAND, CA 94612
3  TELEPHONE:  (510) 251-8010
   FACSIMILE:  (510) 868-3398
4  john@claassenlegal.com

5  Attorneys for Plaintiffs
   KWOK CHO; THAU LONG; XIAO MIN MA; YAN YUN YU; WAI PAK;
6  MICHELLE B. REN; WENG SHENG WONG; AND WENG K. WONG

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KWOK K. CHO, an individual; THAU LONG, an individual; HAO LONG, an individual; XIAO MIN MA, an individual; YAN YUN YU, an individual; WAI PAK, an individual; MICHELLE B. REN, an individual; WENG SHENG WONG, an individual; and WENG K. WONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MAURICE JACKSON, an individual, and aka RTI and aka REAL TIME INVESTMENTS and aka ECONOMIC RESOURCE SERVICES, REAL TIME INVESTMENTS, LLC, a California limited liability company, ECONOMIC RESOURCE SERVICES, a Nevada corporation, VERNA TAIT, an individual, JACQUELYNE ODOM, aka JACKIE ODOM, an individual, aka JACQUELINE ODOM, MAISHA YVONNE PULLIAM, an individual, aka MAISHA YVONNE JACKSON, ECONOMIC REAL ESTATE SOLUTIONS, INC., a California corporation, and DOES 1 THROUGH 100,<br><br>Defendants. | Case No.:  C07-06512 JCS<br><br>**DECLARATION OF JOHN CLAASSEN, ESQ. IN SUPPORT OF PLAINTIFFS' REQUEST FOR THE CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS MAURICE JACKSON AND VERNA TAIT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a)** |

**DECLARATION OF JOHN CLAASSEN, ESQ.**                                                           **C07-06512 JCS**

## DECLARATION OF JOHN CLAASSEN, ESQ.

I, John Claassen, Esq., declare as follows:

1. I am an attorney admitted to practice law in the State of California and in this Court. I am also counsel of plaintiffs in the above-captioned action. I submit this declaration in support of plaintiffs' Request for the Clerk's Entry of Default against defendants Verna Tait and Maurice Jackson pursuant to Federal Rule of Civil Procedure 55(a).

*Defendant Verna Tait*

2. Defendant Verna Tait was served via substitute service pursuant to California Code of Civil Procedure section 415.20 with a copy of the summons, complaint, amended complaint, and other documents in an action pending in Alameda County Superior Court on or around December 24, 2007. The title of the action is *Cho vs. Jackson*, Case No. RG07357682 (the "Alameda County Action").

3. Attached hereto as Exhibit A is a true and correct copy of the proof of service, which reflects service of defendant Verna Tait in the Alameda County Action.

4. Defendants Verna Tait and Maurice Jackson removed the Alameda County Action to this Court on December 31, 2007.

5. Service of the summons pursuant to Code of Civil Procedure section 425.20 became effective on January 4, 2008.

6. Defendant Verna Tait's response to the complaint was due under Federal Rule of Civil Procedure 81(c) no later than the later of (i) 20 days following service of summons, (ii) five days following removal, or (iii) 20 days following receipt of the initial pleading after service of the summons.

7. Defendant Verna Tait's answer was due no later than January 24, 2008.

8. On or around February 14, 2008, I sent a letter to Mr. Vernon Goins, Esq., Ms. Tait's counsel of record requesting that defendants Verna Tait and Maurice Jackson answer the complaint no later than February 20, 2008. A true and correct copy of the letter, with a facsimile transmission report, is attached hereto as Exhibit B.

9. Mr. Goins did not respond to my letter.

10. Defendant Verna Tait has not responded to the amended complaint.

***Defendant Maurice Jackson***

11. Mr. Goins appeared on December 17, 2007 on behalf of defendant Maurice Jackson at an ex parte hearing in an action pending in Alameda County superior Court.

12. At the hearing, Mr. Goins stated on the record that he appeared on behalf of defendant Maurice Jackson.

13. After the hearing, the court entered an order in the Alameda County Action, a true and correct copy of which is attached hereto as Exhibit C (the "Order").

14. The Order permitted service of the summons, complaint, and other documents on an attorney appearing on behalf of a defendant.

15. The office of plaintiffs' counsel served defendant Maurice Jackson through service on Mr. Goins on December 17, 2007 via federal express of the amended complaint and other documents. A true and correct copy of the proof of service of the amended complaint is attached hereto as Exhibit D.

16. In light of service consistent with the December 17 Alameda County Court order, Defendant Maurice Jackson's response to the amended complaint was due no later than January 20, 2008 under Federal Rule of Civil Procedure 81(c).

17. I personally served Mr. Goins with the summons and complaint, among other documents, by offering a copy of those documents to someone who identified himself as an employee at Mr. Goins' offices, at 1330 Broadway, 17th Floor, Oakland, California before December 18, 2007.

18. On February 14, 2008, I provided Mr. Goins with the courtesy reminder, reflected in Exhibit B, that defendant Maurice Jackson's answer was due. Mr. Goins did not respond.

//
//
//
//
//
//

**DECLARATION OF JOHN CLAASSEN, ESQ.**  C07-06512 JCS

-2-

19.     Defendant Maurice Jackson has not responded to the amended complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 21st day of February 2008 in Oakland, California.

/s/ John Claassen, Esq.

_____

**DECLARATION OF JOHN CLAASSEN, ESQ.**                                                                **C07-06512 JCS**

-2-