**EXHIBIT C**

Case 3:07-cv-06512-JCS    Document 20    Filed 02/22/2008    Page 1 of 4

```
LAW OFFICE OF JOHN CLAASSEN
JOHN CLAASSEN, ESQ. (212954)
2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
TELEPHONE: (510) 251-8010
FACSIMILE: (510) 868-3398

Attorneys for Plaintiffs
```

FILED
ALAMEDA COUNTY
DEC 17 2007
CLERK OF THE SUPERIOR COURT
By *Pam Williams*
       Deputy

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ALAMEDA (UNLIMITED JURISDICTION)

| | |
|---|---|
| KWOK K. CHO, an individual, THAU LONG, an individual, HAO LONG, an individual, XIAO MIN MA, an individual, YAN YUN YU, an individual, WAI PAK, an individual, MICHELLE B. REN, an individual, WENG SHENG WONG, and WENG K. WONG, an individual,<br><br>      Plaintiffs,<br><br>v.<br><br>MAURICE JACKSON, an individual, and aka RTI & aka REAL TIME INVESTMENTS and aka ECONOMIC RESOURCE SERVICES, REAL TIME INVESTMENTS, LLC, a California limited liability company, ECONOMIC RESOURCE SERVICES, a Nevada corporation, VERNA TAIT, an individual, JACQUELYNE ODOM, aka JACKIE ODOM, an individual, aka JACQUELINE ODOM, MAISHA YVONNE PULLIAM, an individual, aka MAISHA YVONNE JACKSON, ECONOMIC REAL ESTATE SOLUTIONS, INC., a California corporation, and DOES 1 THROUGH 100,<br><br>      Defendants. | ASSIGNED FOR ALL PURPOSES TO HONORABLE JON S. TIGAR DEP'T 21<br><br>Case No.: RG07357682<br><br>(JST)<br>[PROPOSED] ORDER<br><br>Date: December 17, 2007<br>Time: 8:30 a.m.<br>Dept: 21<br><br>R- 782943 |

---

[PROPOSED] ORDER            RG07357682

## [PROPOSED] ORDER

The ex parte application of Plaintiffs Kwok K. Cho, Thau Long, Hao Long, Xiao Min Ma, Yan Yun Yu, Wai Pak, Michelle B. Ren, Weng Sheng Wong, Weng K. Wong ("Plaintiffs") for order shortening time pursuant to Code of Civil Procedure section 1005 and California rule of Court 3.1200 was heard on December 17, 2007. Plaintiffs were represented by John Claassen, Esq. [and defendants were represented by Vernon C. Goins].

After considering the papers submitted and argument of counsel, I hereby make the following rulings:

a. Plaintiffs' ex parte application is hereby GRANTED.

b. Plaintiffs shall serve defendants Maurice Jackson and Verna Tait with the summons, complaint, civil case cover sheet, ADR information package, this order, the application for a writ of attachment and any and all papers supporting such application [(i) in the same manner as service of summons and the complaint no later than 12/19/07 to the extent he has not appeared at the ex parte hearing or (ii) by overnight courier or fax on any attorney who appeared on their behalf at this ex parte hearing].

c. Defendants Maurice Jackson and Verna Tait shall file and serve an opposition, if any, no later than 12/28/07. by fax.

d. Plaintiffs shall file and serve pleadings in reply no later than _____.

e. The hearing on Plaintiff's application for a writ of attachment shall be on 1/3/08 at 8:45 am.

SO ORDERED.

DATED: 12/17/07

_____
HONORABLE JON S. TIGAR

[PROPOSED] ORDER

-1-

RG07357682

1 | Respectfully submitted,
2 |
3 | DATED: December 13, 2007                LAW OFFICE OF JOHN CLAASSEN
4 |
5 |                                         By: _____
6 |                                              JOHN CLAASSEN
7 |                                              Attorneys for Plaintiffs