# EXHIBIT D

*6056218*

1 | LAW OFFICE OF JOHN CLAASSEN
JOHN CLAASSEN, ESQ. (212954)
2 | 2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
3 | TELEPHONE: (510) 251-8010
FACSIMILE: (510) 868-3398
4 |
Attorneys for Plaintiffs

**FILED**
ALAMEDA COUNTY

DEC 1 8 2007

CLERK OF THE SUPERIOR COURT

By _____ PO _____
Deputy

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ALAMEDA (UNLIMITED JURISDICTION)

8 | KWOK K. CHO, an individual, THAU
LONG, an individual, HAO LONG, an
9 | individual, XIAO MIN MA, an individual,
YAN YUN YU, an individual, WAI PAK, an
10 | individual, MICHELLE B. REN, an
individual, WENG SHENG WONG, and
11 | WENG K. WONG, an individual,

12 |       Plaintiffs,

13 |
14 |     v.

15 | MAURICE JACKSON, an individual, and
aka RTI & aka REAL TIME
16 | INVESTMENTS and aka ECONOMIC
RESOURCE SERVICES, REAL TIME
17 | INVESTMENTS, LLC, a California limited
liability company, ECONOMIC RESOURCE
18 | SERVICES, a Nevada corporation, VERNA
TAIT, an individual, JACQUELYNE
19 | ODOM, aka JACKIE ODOM, an individual,
aka JACQUELINE ODOM, MAISHA
20 | YVONNE PULLIAM, an individual, aka
MAISHA YVONNE JACKSON,
21 | ECONOMIC REAL ESTATE SOLUTIONS,
INC., a California corporation, and DOES 1
22 | THROUGH 100,

24 |       Defendants.

ASSIGNED FOR ALL PURPOSES TO
HONORABLE JON S. TIGAR
DEP'T 21

Case No.: RG07357682

**PROOF OF SERVICE**

**Date: January 3, 2008
Time: 8:45 a.m.
Dept: 21**

**PROOF OF SERVICE**                                    RG07357682

## PROOF OF SERVICE

I, Bernie Nubla, declare that:

I am employed in the county of Alameda, California. I am over the age of eighteen years and not a party to the within action. My business address is 2201 Broadway, Suite 803, Oakland, CA 94612. On December 4, 2007, I served the following document(s) entitled:

**VERIFIED AMENDED COMPLAINT**

**NOTICE OF APPLICATION AND HEARING FOR RIGHT TO ATTACH ORDER ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT**

**APPLICATION FOR RIGHT TO ATTACH ORDER; TEMPORARY RESTRICTIVE ORDER; ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING**

**MEMORANDUM OF POINTS AND AUTHORITIES**

**DECLARATION OF JOHN CLAASSEN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR WRIT OF ATTACHMENT AND IN THE ALTERNATIVE TEMPORARY PROTECTIVE ORDER**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' APPLICATION FOR WRIT OF ATTACHMENT AND IN THE ALTERNATIVE TEMPORARY PROTECTIVE ORDER**

**RIGHT TO ATTACH ORDER**

**WRIT OF ATTACHMENT AFTER HEARING [MAURICE JACKSON]**

**WRIT OF ATTACHMENT AFTER HEARING [VERNA TAIT]**

upon the following person(s) in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid prepaid in a federal express envelope for next day delivery at Oakland, California addresses as follows:

PROOF OF SERVICE                                                                                    RG07357682

-1-

1

2

3

4

> Vernon C. Goins, Es.
> Taylor, Goins & Stall Worth, LLP
> 1330 Broadway
> Suite 1701
> Oakland, CA 94612-2503

5

6

7

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California on December 17, 2007.

8

9

_Bernie Nubla_

Bernie Nubla

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**                                                    RG07357682

-2-