**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 7, 2008


RE:  CV 07-06512 JCS          KWOK K. CHO-v- MAURICE JACKSON


Default is declined as to **Defendants Verna Tait and Maurice Jackson** on **March 7, 2008**.



RICHARD W. WIEKING, Clerk

by:  Gina Agustine-Rivas
Case Systems Administrator