**United States District Court**
For the Northern District of California

1
2
3
4              UNITED STATES DISTRICT COURT
5              NORTHERN DISTRICT OF CALIFORNIA
6
7  JCS KWOK K. CHO, et al.,                          No. C 07-6512(JCS)
8              Plaintiff(s),
                                                     CLERK'S NOTICE
9        v.
10 MAURICE JACKSON, et al.,
11             Defendant(s).
   _____/
12
13 TO ALL PARTIES AND COUNSEL OF RECORD:
14
15 YOU ARE NOTIFIED THAT the Case Management Conference set before Magistrate Judge Spero
16 previously noticed for April 4, 2008, at 1:30 p.m., has been reset to **10:30 a.m,** Courtroom A, 15th
17 Floor, 450 Golden Gate Avenue, San Francisco, California.. Any party requesting a continuance
18 shall submit a stipulation and proposed order.
19
20
21 Dated: March 18, 2008
                                            FOR THE COURT,
22                                          Richard W. Wieking, Clerk
23
24                                          by: /s/ _____
                                                  Frank Justiliano
25                                                Courtroom Deputy
26
27
28