LAW OFFICE OF JOHN CLAASSEN
*JOHN CLAASSEN, ESQ. (212954)*
2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
TELEPHONE: (510) 251-8010
FACSIMILE: (510) 868-3398
john@claassenlegal.com

Attorney for Plaintiffs
KWOK CHO; THAU LONG; XIAO MIN MA; YAN YUN YU; WAI PAK;
MICHELLE B. REN; WENG SHENG WONG; AND WENG K. WONG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWOK K. CHO, an individual; THAU LONG, an individual; HAO LONG, an individual; XIAO MIN MA, an individual; YAN YUN YU, an individual; WAI PAK, an individual; MICHELLE B. REN, an individual; WENG SHENG WONG, an individual; and WENG K. WONG, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MAURICE JACKSON, an individual, and aka RTI and aka REAL TIME INVESTMENTS and aka ECONOMIC RESOURCE SERVICES, REAL TIME INVESTMENTS, LLC, a California limited liability company, ECONOMIC RESOURCE SERVICES, a Nevada corporation, VERNA TAIT, an individual, JACQUELYNE ODOM, aka JACKIE ODOM, an individual, aka JACQUELINE ODOM, MAISHA YVONNE PULLIAM, an individual, aka MAISHA YVONNE JACKSON, ECONOMIC REAL ESTATE SOLUTIONS, INC., a California corporation, and DOES 1 THROUGH 100,<br><br>　　　　Defendants. | Case No.: C07-06512 JCS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (F.R.C.P. 56(a))**<br><br>**Date: May 2, 2008**<br>**Time: 9:30 a.m.**<br>**Dept: Courtroom A, 15th Floor**<br>**Before: Honorable Joseph C. Spero** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**　　　　　　　　　　　　　　**C07-06512 JCS**

# [PROPOSED] ORDER

Plaintiffs' Motion for Partial Summary Judgment against defendants Maurice Jackson ("Jackson) and Verna Tait ("Tait;" together, "Defendants") with respect to Plaintiffs' First Cause of Action, Breach of Contract; Plaintiffs' Third Cause of Action, Rescission; and Plaintiffs' Fourth Cause of Action, Declaratory Relief, brought pursuant to Federal Rules of Civil Procedure 56, having come on for hearing, the Court having considered all relevant documents and evidence and having considered the arguments of counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Partial Summary Judgment is granted, this Court finding that Defendants breached their contracts with Plaintiffs; that Defendants also violated sections 5 and 12 of the Securities Act of 1933 and California Corporations Code sections 25510, 25112, and 25113; and that relief under federal and state laws is accordingly proper.

DATED: _____, 2008

_____
Honorable Joseph C. Spero
U.S.D.C., Northern District of California

Respectfully submitted,

LAW OFFICE OF JOHN CLAASSEN

By:    /s/ John Claassen
_____
       John Claassen (SBN 212954)
       2201 Broadway, Suite 803
       Oakland, CA  94612
       Telephone: 510-251-8010
       Facsimile: 510-868-3398
       john@claassenlegal.com

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**                    **C07-06512 JCS**

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**                **C07-06512 JCS**