1 | LAW OFFICE OF JOHN CLAASSEN
*JOHN CLAASSEN, ESQ. (212954)*
2 | 2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
3 | TELEPHONE: (510) 251-8010
FACSIMILE: (510) 868-3398
4 | john@claassenlegal.com

5 | Attorney for Plaintiffs
KWOK CHO; THAU LONG; XIAO MIN MA; YAN YUN YU; WAI PAK;
6 | MICHELLE B. REN; WENG SHENG WONG; AND WENG K. WONG

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KWOK K. CHO, an individual; THAU LONG, an individual; HAO LONG, an individual; XIAO MIN MA, an individual; YAN YUN YU, an individual; WAI PAK, an individual; MICHELLE B. REN, an individual; WENG SHENG WONG, an individual; and WENG K. WONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MAURICE JACKSON, an individual, and aka RTI and aka REAL TIME INVESTMENTS and aka ECONOMIC RESOURCE SERVICES, REAL TIME INVESTMENTS, LLC, a California limited liability company, ECONOMIC RESOURCE SERVICES, a Nevada corporation, VERNA TAIT, an individual, JACQUELYNE ODOM, aka JACKIE ODOM, an individual, aka JACQUELINE ODOM, MAISHA YVONNE PULLIAM, an individual, aka MAISHA YVONNE JACKSON, ECONOMIC REAL ESTATE SOLUTIONS, INC., a California corporation, and DOES 1 THROUGH 100,<br><br>Defendants. | Case No.: C07-06512 JCS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (F.R.C.P. 56(a))**<br><br>**Date: May 2, 2008**<br>**Time: 9:30 a.m.**<br>**Dept: Courtroom A, 15th Floor**<br>**Before: Honorable Joseph C. Spero** |

**REQUEST FOR JUDICIAL NOTICE ISO PLAINTIFFS'**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**                                    **C07-06512 JCS**

## REQUEST FOR JUDICIAL NOTICE

Plaintiffs Kwok Cho; Thao Long; Hao Long; Xiao Min Ma; Yan Yun Yu; Wai Pak; Michelle B. Ren; Weng Sheng Wong; and Weng K. Wong ("Plaintiffs") submit this request for judicial notice in support of their motion for partial summary judgment pursuant to subsections a and c of Federal Rule of Civil Procedure 56.

Plaintiffs seek judicial notice of the following documents and facts:

1. <u>Exhibit 1</u> to the Declaration of John Claassen, which is a copy of plaintiffs' verified amended complaint in this action. A copy is provided because the copy attached to defendants' notice of removal lacks pages.;

2. <u>Exhibit 2</u> to the Declaration of John Claassen, which is a copy of defendant Maurice Jackson and defendant Verna Tait's answer to plaintiffs' verified amended complaint;

3. <u>Exhibit 4</u> to the Declaration of John Claassen, which is a true and correct copy of a grant deed with respect to a single family residence located at 13506 Campus Drive, Oakland, California;

4. <u>Exhibit 5</u> to the Declaration of John Claassen, which is a true and correct copy of a grant deed with respect to a single family residence located at 2575 62nd Avenue, Oakland, California;

5. The website of the Securities and Exchange Commission at www.sec.gov and the searchable database of issuers therein;

6. That defendants never registered the promissory notes or other investments in this action pursuant to Section 5 of the Securities Act of 1933;

7. The website of the California Department of Corporations and the searchable issuer database called cal-EASI; and

8. That defendants never qualified their securities pursuant to California's Corporate Securities Act of 1968.

Federal Rule of Evidence Section 201 authorizes the Court to take judicial notice of facts "capable of accurate and ready determination by resort to sources whose accuracy cannot

**REQUEST FOR JUDICIAL NOTICE ISO PLAINTIFFS'**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**                    **C07-06512 JCS**

-1-

reasonably be questioned." Fed. R. Evid. § 201(b).  The above-referenced documents qualify for judicial notice under Federal Rule of Evidence Section 201 because they each qualify as a record of the court and because the fact of their filing is not subject to reasonable dispute.

Additionally, the Court, upon proper notice, is required to take judicial notice of these documents.  *See* Fed. R. Evid. § 201(d) (the trial court "shall take judicial notice if requested by a party and supplied with the necessary information").

Accordingly, Plaintiffs respectfully request the entry of an order of Court taking notice of the above-referenced documents and facts.

Respectfully submitted,

DATED:  March 27, 2008                                          Respectfully Submitted,

/s/ John Claassen
_____
John Claassen (SBN 212954)
2201 Broadway, Suite 803
Oakland, CA  94612
Telephone: 510-251-8010
Facsimile: 510-868-3398
john@claassenlegal.com

**REQUEST FOR JUDICIAL NOTICE ISO PLAINTIFFS'**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**                     **C07-06512 JCS**
-2-