# EXHIBIT 1

LAW OFFICE OF JOHN CLAASSEN
JOHN CLAASSEN, ESQ. (212954)
2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
TELEPHONE: (510) 251-8010
FACSIMILE: (510) 868-3398

DEC 1 8 2007

RAS

Attorneys for Plaintiffs

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ALAMEDA (UNLIMITED JURISDICTION)

| | |
|---|---|
| KWOK K. CHO, an individual, THAU LONG, an individual, HAO LONG, an individual, XIAO MIN MA, an individual, YAN YUN YU, an individual, WAI PAK, an individual, MICHELLE B. REN, an individual, WENG SHENG WONG, and WENG K. WONG, an individual,<br><br>       Plaintiffs,<br><br>   v.<br><br>MAURICE JACKSON, an individual, and aka RTI & aka REAL TIME INVESTMENTS and aka ECONOMIC RESOURCE SERVICES, REAL TIME INVESTMENTS, LLC, a California limited liability company, ECONOMIC RESOURCE SERVICES, a Nevada corporation, VERNA TAIT, an individual, JACQUELYNE ODOM, aka JACKIE ODOM, an individual, aka JACQUELINE ODOM, MAISHA YVONNE PULLIAM, an individual, aka MAISHA YVONNE JACKSON, ECONOMIC REAL ESTATE SOLUTIONS, INC., a California corporation, and DOES 1 THROUGH 100,<br><br>       Defendants. | Case No. RG07357682<br><br>**VERIFIED AMENDED COMPLAINT** |

VERIFIED AMENDED COMPLAINT

RG07357682

## COMPLAINT

Kwok K. Cho, an individual, Thau Long, an individual, Hao Long, an individual, Xiao Min Ma, an individual, Yan Yun Yu, an individual, Wai Pak, an individual, Michelle B. Ren, an individual, Weng Sheng Wong, and Weng K. Wong, an individual (together, "Plaintiffs") allege as follows:

### I.    INTRODUCTION

1.    Promising that "your financial freedom begins with RTI" and that "RTI has developed a unique and creative way to create sustaining returns on your investment," defendants convinced Plaintiffs to invest in a classic ponzi scheme operated by each and every defendant together. Between January 2005 and the present times, the defendants would execute or facilitate the execution of, or conspire together to cause the execution of, aided or abetted or provided material assistance regarding the execution of promissory bearing high rates of interest in exchange for investments ranging between $40,000 and many hundreds of thousands of dollars. The promissory notes would mature in six months.

2.    Throughout this scheme defendants and each of them represented to Plaintiffs that the high returns came from gains recognized from profitable real estate transactions. Plaintiffs are informed and believe and thereon allege that, in reality, the initially high returns depended in part on defendants' ability to secure new investors, who "investment" would be used to repay earlier investors. Defendants never mentioned potential risks.

3.    Defendants' "investment" scheme violated the registration and disclosure provisions of federal and state securities laws and Plaintiffs' investments remain unpaid.

**VERIFIED AMENDED COMPLAINT**
-1-

RG07357682