4. Knowing that his investment scheme was risky, illegal, and likely would result in his insolvency, Jackson gave certain other defendants property without reasonably equivalent value.

5. Accordingly, Plaintiffs seek compensatory damages according to proof, punitive damages, rescission, restitution, and other remedies available to them.

## II. PRELIMINARY MATTERS

6. Plaintiffs are not required to comply with a claims statute.

7. This action is subject to neither Civil Code section 1812.10 nor Civil Code section 2984.4.

8. Venue is proper in this court because, among other things, a defendant entered into a contract here.

## III. PARTIES

9. Plaintiff Kwok K. Cho is a competent adult who resides in the State of Oregon.

10. Plaintiff Thau Long is a competent adult who resides in Richmond, California.

11. Plaintiff Hao Long is a competent adult who resides in the State of Oregon.

12. Plaintiff Xiao Min Ma is a competent adult who resides in Richmond, California.

13. Plaintiff Yan Yun Yu is a competent adult who resides in Richmond, California.

14. Plaintiff Wai Pak is a competent adult who resides in Richmond, California.

15. Plaintiff Michelle B. Ren is a competent adult who resides in Richmond, California.

16. Plaintiff Weng Sheng Wong is a competent adult who resides in Richmond, California.

17. Plaintiff Weng K. Wong is a competent adult who resides in Richmond, California.

18. Plaintiffs are informed and believe and thereon allege that Defendant Maurice Jackson an individual, and aka RTI & aka Real Time Investments and aka Economic Resource Services is a

competent adult residing in Oakland, California. Jackson made each of the promissory notes on which this complaint is based.

19. Plaintiffs are informed and believe and thereon allege that Defendant Real Time Investments, LLC is a California limited liability company ("Real Time") that was incorporated in January 2006. Plaintiffs are informed and believe and thereon allege that Jackson promoted, marketed, and managed an illegal investment scheme using the trade name "Real Time Investments" and RTI prior to 1996 and, after 1996, using Real Time.

20. Plaintiffs are informed and believe and thereon allege that defendant Economic Resource Services is a business entity of form known ("ERS"). Plaintiffs are informed and believe and thereon allege that ERS is the alter ego of Jackson.

21. Plaintiffs are informed and believe and thereon allege that defendant Verna Tait ("Tait") is a competent adult residing in Alameda County. Plaintiffs are informed and believe and thereon allege that she is Executive Vice President of Real Time and General Manager of Defendant Economic Real Estate Solutions, Inc. ("ERES"). Plaintiffs are informed and believe and thereon allege that, in her capacity as General Manager of ERES, and Executive Vice President of Real Time, Tait, among other things: (i) funneled potential investors to Jackson in this illegal investment scheme; (ii) gave seminars to prospective investors promoting such investments; (iii) refinanced their properties in order to give them the capacity to make an investment; (iv) accepted payment on behalf of Real Time and Jackson; (v) received commissions on investments; and (vi) prepared the investment documents signed by Jackson, herself, and such investors.

22. Plaintiffs are informed and believe and thereon allege that defendant Jacquelyne Odom, aka Jackie Odom, an individual, aka Jacqueline Odom is a competent adult. Plaintiffs are informed and believe and thereon allege that, Odom is Jackson's mother. Plaintiffs are informed and believe