in whole or in part on defendants' ability to secure additional investors, (v) or that defendants' existing loan commitments exceeded their ability to repay them.

31. Plaintiff Thau Long made partial reinvestments of such note at maturity. At the times he made the original investment and each subsequent reinvestment, defendants and each of them failed to disclose to him, among other things, that (i) his investment carried a high level of risk, (ii) that repayment depended in whole or in part on defendants' ability to secure additional investors, (iii) or that defendants' existing loan commitments exceeded their ability to repay them.

32. Plaintiffs are informed and believe and thereon allege that, on or around June 1, 2005, Jackson executed a Quitclaim Deed with respect to the Property, transferring his interest to Pulliam.

33. Plaintiffs are informed and believe and thereon allege that, in addition to the conveyance of the Property to Pulliam, between January 2005 and the present time, Jackson has routinely made gifts of money and personal property to Pulliam for little or no consideration.

34. On or around October 3, 2005, Jackson executed and delivered a promissory note in amount of $60,000 bearing an annualized interest rate of 100 percent and a maturity date of April 3, 2006 to plaintiff Hao Long. In doing so, Jackson, Tait, and RTI represented that the high returns came from gains from real estate transactions. In exchange, plaintiff Hao Long gave him $50,000. A true and correct copy of this promissory note is attached hereto as <u>Exhibit B</u>. At this time, defendants and each of them failed to disclose to plaintiff Hao Long, among other things, that (i) his investment carried a high level of risk, (ii) that repayment depended on defendants' ability to secure additional investors, (iii) or that defendants' existing loan commitments exceeded their ability to repay them.

35. Plaintiff Hao Long made partial reinvestments of such note at maturity. At the times he made the original investment and each subsequent reinvestment, defendants and each of them failed to disclose to him, among other things, that (i) his investment carried a high level of risk, (ii) that

repayment depended in whole or in part on defendants' ability to secure additional investors, (iii) or that defendants' existing loan commitments exceeded their ability to repay them.

36. On or around April 4, 2006, Jackson executed and delivered a promissory note in amount of $20,000 bearing an annualized interest rate of 100 percent and a maturity date of October 1, 2006 to plaintiff Weng Sheng Wong. In doing so, Jackson, Tait, and RTI represented that the high returns came from gains from real estate transactions. In exchange, plaintiff Weng Sheng Wong gave him $20,000. A true and correct copy of this promissory note is attached hereto as Exhibit C. At this time, defendants and each of them failed to disclose to plaintiff Weng Sheng Wong, among other things, that (i) his investment carried a high level of risk, (ii) that repayment depended on defendants' ability to secure additional investors, (iii) or that defendants' existing loan commitments exceeded their ability to repay them.

37. On or around October 1, 2006, plaintiff Weng Shen Wong agreed to a "reinvestment" of his loan (Exhibit C) and set a new maturity date for April 1, 2007. At this time he agreed to this reinvestment, defendants and each of them failed to disclose to him, among other things, that (i) his reinvestment carried a high level of risk, (ii) that repayment depended on defendants' ability to secure additional investors, (iii) or that defendants' existing loan commitments exceeded their ability to repay them.

38. On or around November 16, 2006, Jackson executed and delivered a promissory note in amount of $200,000 bearing an annualized interest rate of 100 percent and a maturity date of April 26, 2007 to plaintiff Xiao Min Ma. In doing so, Jackson, Tait, and RTI represented that the high returns came from gains from real estate transactions. The note would be secured by a property located at 2575, 62'nd Avenue, Oakland, California (the "62nd Avenue Property"). In exchange, plaintiff Xiao Min Ma gave him $200,000. A true and correct copy of this promissory note is attached hereto as