Exhibit D. At the time of this investment, defendants and each of them failed to disclose to her, among other things, that (i) her investment carried a high level of risk, (ii) that repayment depended on defendants' ability to secure additional investors, (iii) or that defendants' existing loan commitments exceeded their ability to repay them.

39. On or around November 16, 2006, Jackson executed and delivered a promissory note in amount of $130,000 bearing an annualized interest rate of 100 percent and a maturity date of April 26, 2007 to plaintiff Yan Yun Yu. In doing so, Jackson, Tait, and RTI represented that the high returns came from gains from real estate transactions. In exchange, plaintiff Yan Yun Yu gave him $130,000. A true and correct copy of this promissory note is attached hereto as Exhibit E. The note would be secured by the 62nd Avenue Property. At the time, defendants and each of them failed to disclose to her, among other things, that (i) they would not perfect her security interest in the 62nd Avenue Property; (ii) that they would grant many other investors competing liens on the 62nd Avenue Property; (iii) that his investment carried a high level of risk, (iv) that repayment depended in whole or in part on defendants' ability to secure additional investors, (v) or that defendants' existing loan commitments exceeded their ability to repay them.

40. On or around December 8, 2006, Jackson executed and delivered a promissory note in amount of $99,150 bearing an annualized interest rate of 100 percent and a maturity date of May 27, 2007 to plaintiff Wai Pak. The note would be secured by the 62nd Avenue Property. In doing so, Jackson, Tait, and RTI represented that the high returns came from gains from real estate transactions. In exchange, plaintiff Wai Pak gave him $99,150. A true and correct copy of this promissory note is attached hereto as Exhibit F. At the time, Defendants and each of them failed to disclose to plaintiff Wai Pak, among other things, that (i) they would not perfect the security interest in the 62nd Avenue Property; (ii) that they would grant many other investors competing liens on the 62nd Avenue Property;

(iii) that his investment carried a high level of risk, (iv) that repayment depended in whole or in part on defendants' ability to secure additional investors, (v) or that defendants' existing loan commitments exceeded their ability to repay them.

41. On or around December 8, 2006, Jackson executed and delivered a promissory note in the amount of $200,000 bearing an annualized interest rate of 100 percent and a maturity date of May 4, 2007 to plaintiff Kwok K. Cho. In doing so, Jackson, Tait, and RTI represented that the high returns came from gains from real estate transactions. A true and correct copy of this promissory note is attached hereto as Exhibit G. At the time, defendants and each of them failed to disclose to plaintiff Kwok K. Cho, among other things, that (i) they would not perfect his security interest in the 62nd Avenue Property ; (ii) that they would grant many other investors competing liens on the 62nd Avenue Property; (iii) that his investment carried a high level of risk, (iv) that repayment depended in whole or in part on defendants' ability to secure additional investors, (v) or that defendants' existing loan commitments exceeded their ability to repay them.

42. On or around December 8, 2006, Jackson executed and delivered a promissory note in amount of $27,000 bearing an annualized interest rate of 100 percent and a maturity date of May 27, 2007 to Plaintiff Michelle B. Ren. In doing so, Jackson, Tait, and RTI represented that the high returns came from gains from real estate transactions. In exchange, Plaintiff Michelle B. Ren gave him $27,000. A true and correct copy of this promissory note is attached hereto as Exhibit H.

43. On or around January 26, 2007, Jackson executed and delivered a promissory note in amount of $40,000 bearing an annualized interest rate of 100 percent and a maturity date of September 16, 2005 to plaintiff Weng Sheng Wong. In exchange, plaintiff Weng Sheng Wong gave him $40,000. A true and correct copy of this promissory note is attached hereto as Exhibit I. At the time, defendants and each of them failed to disclose to plaintiff Weng Sheng, among other things, among other things,