1. that (i) they would not perfect his security interest in the 62nd Avenue Property; (ii) that they would grant many other investors competing liens on the 62nd Avenue Property; (iii) that his investment carried a high level of risk, (iv) that repayment depended in whole or in part on defendants' ability to secure additional investors, (v) or that defendants' existing loan commitments exceeded their ability to repay them.

44. On or around February 12, 2007, Jackson executed and delivered a promissory note in amount of $190,000 bearing an annualized interest rate of 100 percent and a maturity date of July 5, 2007 to plaintiff Weng K. Wong. In doing so, Jackson, Tait, and RTI represented that the high returns came from gains from real estate transactions. In exchange, plaintiff Weng K. Wong gave him $190,000. A true and correct copy of this promissory note is attached hereto as <u>Exhibit J</u>. At the time, defendants and each of them failed to disclose to plaintiff Weng K. Wong, among other things, that (i) his investment carried a high level of risk, (ii) that repayment depended on defendants' ability to secure additional investors, (iii) or that defendants' existing loan commitments exceeded their ability to repay them.

45. Plaintiffs are informed and believe and thereon allege that, on or around March 1, 2007, defendants ceased honoring their note commitments.

46. On or around March 15, 2007, Tait executed an "REI Investment Information" package, in which she, on behalf of Jackson and REI, promised that Jackson would execute and deliver a promissory note in amount of $120,000 bearing an annualized interest rate of 100 percent and a maturity date on or around September 22, 2007 to plaintiff Weng Sheng Wong. In doing so, Jackson, Tait, and RTI represented that the high returns came from gains from real estate transactions. In exchange, Plaintiff Weng Sheng Wong gave him $120,000. A true and correct copy of this promissory note is attached hereto as <u>Exhibit K</u>. Neither Tait nor the other defendants disclosed to Wong that

such "investment" carried a high degree of risk, that repayment depended on defendants' ability to secure additional investors to repay such loans, and that Jackson had started to default on similar loans extended to other persons.

47. On or around April 23, 2007, defendants circulated a document entitled "RTI – Delayed Investment." Citing declines in the real estate market, defendants acknowledged they could not honor their obligations under the promissory notes and unilaterally informed investors that their loans would be restructured to mature 6 months after they were originally due.

48. On or around April 26, 2007, plaintiff Xiao Min Ma agreed to a full "reinvestment" of her promissory note (Exhibits D) and set a new maturity date for April 2008. At the time she made such reinvestment, defendants and each of them failed to disclose to plaintiff Xiao Min Ma, among other things, that (i) they had just stopped making payments; (ii) that they had begun restructuring such reinvestments, that her investments carried a high level of risk, (iii) that repayment depended in whole or in part on defendants' ability to secure additional investors, (iv) or that defendants' existing loan commitments exceeded their ability to repay them.

49. On or around April 26, 2007, plaintiff Yan Yun Yu agreed to a partial "reinvestment" of her promissory note (Exhibits E) and set a new maturity date for April 2008. At the time she made such partial reinvestment, defendants and each of them failed to disclose to plaintiff Yan Yun Yu, among other things, that (i) they had just stopped making payments; (ii) that they had begun restructuring such reinvestments, that her investments carried a high level of risk, (iii) that repayment depended in whole or in part on defendants' ability to secure additional investors, (iv) or that defendants' existing loan commitments exceeded their ability to repay them. At this time, defendants also agreed to pay plaintiff Yan Yun Yu $65,000 within 30 days, but failed to do so.