d.  Costs of this action; and

e.  Any further relief the Court deems just and proper.

2. **Second Cause of Action**

   a.  Damages in an amount to be proved at trial but no less than $10,000,000;

   b.  In the alternative, Plaintiffs demand restitution;

   c.  Injunctive relief barring any further violations of State and Federal Securities Laws;

   d.  Punitive damages for fraudulent, malicious or oppressive conduct as such terms are defined in Civil Code section 3294;

   e.  Reasonable attorneys' fees pursuant to statute;

   f.  Costs of this action; and

   g.  Any further relief the Court deems just and proper.

3. **Third and Fourth Causes of Action**

   a.  Rescission of the promissory notes or reinvestments;

   b.  In the alternative, Plaintiffs demand restitution;

   c.  Injunctive relief barring any further violations of federal and state securities laws;

   d.  Reasonable attorneys' fees pursuant to statute;

   e.  Costs of this action; and

   f.  Any further relief the Court deems just and proper.

4. **Fifth Cause of Action**

   a.  Decree avoiding the aforementioned transfer to the extent necessary to satisfy Plaintiff's claims.

   b.  Damages in an amount to be proved at trial but no less than $1,161,150;

   a.  Constructive trust;

   b.  Costs of this action; and

VERIFIED AMENDED COMPLAINT

-17-

RG07357682

c. Any further relief the Court deems just and proper.

Respectfully submitted,

DATED: December 17, 2007

LAW OFFICE OF JOHN CLAASSEN

By: _____
JOHN CLAASSEN
Attorneys for Plaintiffs

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF ALAMEDA

I have read the foregoing <u>VERIFIED AMENDED COMPLAINT</u>
_____ and know its contents.

☐ CHECK APPLICABLE PARAGRAPHS

[X] I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am ☐ an Officer ☐ a partner _____ ☐ a _____ of _____
a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for _____
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____, at _____, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XIAO MIN MA                                    *Xiao Min Ma* (signature)
Type or Print Name                             Signature

## PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF _____

I am employed in the county of _____, State of California.
I am over the age of 18 and not a party to the within action; my business address is: _____

On, _____ I served the foregoing document described as _____
_____
_____ on _____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

☐ **BY MAIL**
  ☐ *I deposited such envelope in the mail at _____, California.
  The envelope was mailed with postage thereon fully prepaid.
  ☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
  Executed on _____, at _____, California.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.
  Executed on _____, at _____, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
☐ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____                    _____
Type or Print Name                            Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal Solutions Plus                          Rev. 7/99