# EXHIBIT A

ORIGINAL

# PROMISSORY NOTE

## INVESTMENT FUNDS SECURED BY INTEREST IN REAL PROPERTY

For value received $150,000.00 (One hundred-fifty thousand dollars), I, MAURICE JACKSON, promise to repay to the order of THAU LONG (a married man), the same ($150,000.00) on or before SEPTEMBER 16, 2005 plus agreed interest of 50% for a total return of $225,000.00 (Two hundred twenty-five thousand dollars). If Thau Long does not survive the term of the investment, Sulan Long shall be the beneficiary of said investment and interest and party to all terms and conditions of said agreement forthwith.

I individually agree that until such time that the principal and agreed interest owed under this note is paid in full; the note shall be secured by the following described property, grant deed and this security agreement:

> The real property located at 13506 Campus Drive, Oakland, California 94605, APN: 119-0880-071  is the collateral property to be used to secure said investment.

It is further agreed between the parties that if the invested fund amount of $150,000 plus interest for a total amount of $225,000.00 is not repaid by the date as agreed and shown, it is the mutual agreement and understanding of the parties that an additional 30 (thirty) day grace period will commence after which time, THAU LONG of Richmond, CA  may execute a lien against the collateral property and  an additional interest rate of 1% percent per day will continue until investment plus previously accumulated interest is paid in full by said owner,

MAURICE JACKSON.

3/9/05
Date

THAU LONG
Name of Investor (Print)

_____
Signature

3/9/05
Date

MAURICE JACKSON
Name of Holder/Property Owner (Print)

_____
Signature

*NOTE: THIS DOCUMENT MUST BE NOTARIZED.*

State of California }
County of Solano } ss

On 3/9/05 , before me, Asia R. Daniels , a Notary Public, personally appeared MAURICE JACKSON personally known to me – OR – proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted executed the instrument.

Witness my hand and official seal.

_____
Signature of Notary Public

Seal

ASIA R. DANIELS
Commission # 1549266
Notary Public · California
Solano County
My Comm. Expires Jan 31, 2008