# EXHIBIT B

## PROMISSORY NOTE

### INVESTMENT FUNDS

Effective October 3, 2005, for value received, Sixty thousand dollars ($60,000.00), I, MAURICE JACKSON, promise to repay to the order of HAO LONG of Oakland, CA, the same ($60,000.00) on or before APRIL 3, 2006 plus agreed interest of 50% for a total return of $90,000.00 (Ninety- thousand dollars).

If HAO LONG does not survive the term of the investment, THAU LONG shall be the beneficiary of said investment and interest and party to all terms and conditions of said agreement forthwith.

It is further agreed between the parties that if *the invested fund amount of $60,000 plus interest for a total amount of $90,000.00* is not repaid by the date as agreed and shown, it is the mutual agreement and understanding of the parties that an additional 30 (thirty) day grace period will commence after which time, HAO LONG may execute legal action against MAURICE JACKSON for the invested amount, agreed interest and attorneys fees. It is also understood and agreed that **an additional interest rate of 1% percent per day** will continue until investment plus accumulated interest is paid in full by said party, MAURICE JACKSON.

_____    10-3-05
Date                            Date

_____    MAURICE JACKSON
Name of Investor (Print)        Name of Holder (Print)

_____    _____
Signature                       Signature

State of California   }
                      } ss
County of SOLANO      }

On _____, before me, Asia R. Daniels, a Notary Public, personally appeared MAURICE JACKSON, personally known to me – OR – proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted executed the instrument.

Witness my hand and official seal.

_____
Signature of Notary Public

ASIA R. DANIELS
Commission # 1549266
Notary Public - California
Solano County
My Comm. Expires Jan 31, 2009

Seal