# EXHIBIT C

# PROMISSORY NOTE
## INVESTMENT FUNDS

Effective **March 31, 2006** for value received, $20,000 *(Twenty thousand dollars)*, I, **MAURICE JACKSON**, promise to repay to the order of **WENG SHENG WONG** of Berkeley, Ca, the same $20,000 on or before **October 1, 2006** plus agreed interest of 50% for a total return of $30,000 *(Thirty thousand dollars)*.

If WENG SHENG WONG does not survive the term of the investment, **XIAO MIN MA** shall be the beneficiary of said investment and interest and party to all terms and conditions of said agreement forthwith.

It is further agreed between the parties that if *the invested fund amount of $20,000 plus interest for a total amount of $30,000* is not repaid by the date as agreed and shown, it is the mutual agreement and understanding of the parties that an additional 30 (thirty) day grace period will commence after which time, WENG SHENG WONG may execute legal action against MAURICE JACKSON for the invested amount, agreed interest and attorneys fees. It is also understood and agreed that an additional interest rate of 1 % percent per day will continue until investment plus accumulated interest is paid in full by said party. MAURICE JACKSON.

_____
Date

_____4-4-06_____
Date

WENG SHENG WONG _____
Name of Investor (Print)

MAURICE JACKSON _____
Name of Holder (Print)

_____
Signature

_____
Signature

State of California         |
                           | ss
County of _____       |

On _____ before me, _____, a Notary Public, personally appeared <u>Maurice Jackson</u>, (√)personally known to me -- OR – ( ) proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.

Witness my hand and official seal.

_____
Signature of Notary Public

KERRY D. MORNING
Commission # 1451214
Notary Public -- California
Contra Costa County
My Comm. Expires Nov 16, 2007