# EXHIBIT D

## PROMISSORY NOTE
### INVESTMENT FUNDS

Effective **October 26, 2006** for value received, $200,000 *(Two hundred thousand dollars)*, I, **MAURICE JACKSON**, promise to repay to the order of **XIAO MIN MA** of Richmond, Ca, the same *$200,000* on or before **April 26, 2007** plus agreed interest of 50% for a total return of $300,000 *(Three hundred thousand dollars)*.

If XIAO MIN MA does not survive the term of the investment, YAN YUN YU shall be the beneficiary of said investment and interest and party to all terms and conditions of said agreement forthwith.

I individually agree that until such time that the principal and agreed interest owed under this note is paid in full; the note should be secured by the following described property, grant deed and this security agreement.

*The real property located at 2575 62nd Avenue, Oakland, Ca. 94605 is the collateral property to be used to secure said investment.*

It is further agreed between the parties that if *the invested fund amount of $200,000 plus interest for a total amount of $300,000* is not repaid by the date as agreed and shown, it is the mutual agreement and understanding of the parties that an additional 30 (thirty) day grace period will commence after which time, XIAO MIN MA may execute legal action against MAURICE JACKSON for the invested amount, agreed interest and attorneys fees. It is also understood and agreed that an additional interest rate of 1 % percent per day will continue until investment plus accumulated interest is paid in full by said party, MAURICE JACKSON.

_12/05/2006_  
Date

_11-16-06_  
Date

XIAO MIN MA _XIAO MIN MA_  
Name of Investor (Print)

_MAURICE JACKSON_  
Name of Holder (Print)

_Xao Min Ma_  
Signature

_[signature]_  
Signature

[Notary stamp: ALISON NESBITT THOMAS, COMM. #1658583, NOTARY PUBLIC - CALIFORNIA, ALAMEDA COUNTY, My Comm. Expires May 13, 2010]

State of California  } ss
County of _Alameda_ }

On _11-16-06_ before me, _Alison Nesbitt Thomas_, a Notary Public, personally appeared <u>Maurice Jackson</u>, (✓) personally known to me -- OR - ( ) proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.

Witness my hand and official seal.

_Alison Nesbitt Thomas_  
Signature of Notary Public

## PROMISSORY NOTE
### INVESTMENT FUNDS

Effective October 26, 2006 for value received, $130,000 (One hundred thirty thousand dollars), I, **MAURICE JACKSON**, promise to repay to the order of **YAN YUN YU** of Richmond, Ca; the same $130,000 on or before April 26, 2007 plus agreed interest of 50% for a total return of $195,000 (One hundred ninety-five thousand dollars).

If YAN YUN YU does not survive the term of the investment, **XU CHENG MA** shall be the beneficiary of said investment and interest and party to all terms and conditions of said agreement forthwith.

I individually agree that until such time that the principal and agreed interest owed under this note is paid in full; the note should be secured by the following described property, grant deed and this security agreement.

The real property located at 2575 62nd Avenue, Oakland, Ca. 94605 is the collateral property to be used to secure said investment.

It is further agreed between the parties that if the invested fund amount of $130,000 plus interest for a total amount of $195,000 is not repaid by the date as agreed and shown, it is the mutual agreement and understanding of the parties that an additional 30 (thirty) day grace period will commence after which time, YAN YUN YU may execute legal action against MAURICE JACKSON for the invested amount, agreed interest and attorneys fees. It is also understood and agreed that an additional interest rate of 1 % percent per day will continue until investment plus accumulated interest is paid in full by said party, MAURICE JACKSON.

_12/05/2006_  
Date

_11-16-06_  
Date

YAN YUN YU _YAN YUN YU_  
Name of Investor (Print)

_MAURICE JACKSON_  
Name of Holder (Print)

Signature

Signature

State of California  
County of _Alameda_ } ss

On _11-16-06_ before me, _Alison Nesbitt Thomas_, a Notary Public, personally appeared Maurice Jackson, (-) personally known to me -- OR - ( ) proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.

Witness my hand and official seal.

Signature of Notary Public

[Notary Seal: ALISON NESBITT THOMAS, COMM. #1658583, NOTARY PUBLIC - CALIFORNIA, ALAMEDA COUNTY, My Comm. Expires May 13, 2010]