# EXHIBIT E

## PROMISSORY NOTE
### INVESTMENT FUNDS

Effective October 26, 2006 for value received, $130,000 (One hundred thirty thousand dollars), I, MAURICE JACKSON, promise to repay to the order of YAN YUN YU of Richmond, Ca, the same $130,000 on or before April 26, 2007 plus agreed interest of 50% for a total return of $195,000 (One hundred ninety-five thousand dollars).

If YAN YUN YU does not survive the term of the investment, XU CHENG MA shall be the beneficiary of said investment and interest and party to all terms and conditions of said agreement forthwith.

I individually agree that until such time that the principal and agreed interest owed under this note is paid in full; the note should be secured by the following described property, grant deed and this security agreement.

*The real property located at 2575 62nd Avenue, Oakland, Ca. 94605 is the collateral property to be used to secure said investment.*

It is further agreed between the parties that if *the invested fund amount of $130,000 plus interest for a total amount of $195,000* is not repaid by the date as agreed and shown, it is the mutual agreement and understanding of the parties that an additional 30 (thirty) day grace period will commence after which time, YAN YUN YU may execute legal action against MAURICE JACKSON for the invested amount, agreed interest and attorneys fees. It is also understood and agreed that an additional interest rate of 1 % percent per day will continue until investment plus accumulated interest is paid in full by said party, MAURICE JACKSON.

_____            _____11-16-06_____
Date                                 Date

YAN YUN YU _____         _MAURICE JACKSON_____
Name of Investor (Print)             Name of Holder (Print)

_____            _____
Signature                            Signature

ALISON NESBITT THOMAS
COMM. #1658583
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
My Comm. Expires May 13, 2010

State of California          }
County of _____      } ss

On _____ before me, _____, a Notary Public, personally appeared Maurice Jackson, ( ) personally known to me – OR – ( ) proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.

Witness my hand and official seal.    Signature of Notary Public

# EXHIBIT F

## PROMISSORY NOTE
### INVESTMENT FUNDS

Effective **November 27, 2006** for value received, $99,150 (Ninety-nine thousand one hundred fifty dollars), I, **MAURICE JACKSON**, promise to repay to the order of **WAI PAK** of Richmond, Ca, the same *$99,150* on or before **May 27, 2007** plus agreed interest of 50% for a total return of $148,725 *(One hundred forty-eight thousand seven hundred twenty-five dollars)*.

If WAI PAK does not survive the term of the investment, **XIAO MIN MA** shall be the beneficiary of said investment and interest and party to all terms and conditions of said agreement forthwith.

I individually agree that until such time that the principal and agreed interest owed under this note is paid in full; the note should be secured by the following described property, grant deed and this security agreement.

The real property located at <u>2575 62nd Avenue, Oakland, Ca. 94605</u> is the collateral property to be used to secure said investment.

It is further agreed between the parties that if *the invested fund amount of $99,150 plus interest for a total amount of $148,725* is not repaid by the date as agreed and shown, it is the mutual agreement and understanding of the parties that an additional 30 (thirty) day grace period will commence after which time, WAI PAK may execute legal action against MAURICE JACKSON for the invested amount, agreed interest and attorneys fees. It is also understood and agreed that an additional interest rate of 1 % percent per day will continue until investment plus accumulated interest is paid in full by said party, MAURICE JACKSON.

_____         ___12-8-06_____
Date                                                              Date

WAI PAK_____         _MAURICE JACKSON_____
Name of Investor (Print)                             Name of Holder (Print)


_____         _____[signature]_____
Signature                                                      Signature

[Notary Seal: ALISON NESBITT THOMAS, COMM. #1658583, NOTARY PUBLIC - CALIFORNIA, ALAMEDA COUNTY, My Comm. Expires May 13, 2010]

State of California }
                    } ss
County of _Alameda_ }

On _12-08-06_ before me, __Alison Nesbitt Thomas__, a Notary Public, personally appeared <u>Maurice Jackson</u>, ( ) personally known to me -- OR – ( ) proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.

Witness my hand and official seal.         _[signature] Alison Nesbitt Thomas_
                                                              Signature of Notary Public