# EXHIBIT G

## PROMISSORY NOTE
### INVESTMENT FUNDS

Effective **November 4, 2006** for value received, $200,000 *(Two hundred thousand dollars)*, I, **MAURICE JACKSON**, promise to repay to the order of **KWOK K. CHO** of Richmond, Ca, the same *$200,000* on or before **May 4, 2007** plus agreed interest of 50% for a total return of $300,000 *(Three hundred thousand dollars)*.

If KWOK K. CHO does not survive the term of the investment, **MUI MUI PHUNG** shall be the beneficiary of said investment and interest and party to all terms and conditions of said agreement forthwith.

I individually agree that until such time that the principal and agreed interest owed under this note is paid in full; the note should be secured by the following described property, grant deed and this security agreement.

*The real property located at 2575 62nd Avenue, Oakland, Ca, 94605 is the collateral property to be used to secure said investment.*

It is further agreed between the parties that if *the invested fund amount of $200,000 plus interest for a total amount of $300,000* is not repaid by the date as agreed and shown, it is the mutual agreement and understanding of the parties that an additional 30 (thirty) day grace period will commence after which time, KWOK K. CHO may execute legal action against MAURICE JACKSON for the invested amount, agreed interest and attorneys fees. It is also understood and agreed that an additional interest rate of 1 % percent per day will continue until investment plus accumulated interest is paid in full by said party, MAURICE JACKSON.

_____                    12-8-06
Date                                      Date

KWOK K. CHO_____                        _MAURICE JACKSON_____
Name of Investor (Print)                  Name of Holder (Print)

[signature]                               [signature]
Signature                                 Signature

*[Notary stamp: ALISON NESBITT THOMAS, COMM. #1658583, NOTARY PUBLIC - CALIFORNIA, ALAMEDA COUNTY, My Comm. Expires May 13, 2010]*

State of California  }
County of Alameda    } ss

On 12/08/06 before me, Alison Nesbitt Thomas, a Notary Public, personally appeared Maurice Jackson, ( ) personally known to me -- OR – ( ✓ ) proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.

Witness my hand and official seal.

[signature]
Signature of Notary Public