# EXHIBIT H

# PROMISSORY NOTE
### PERSONAL LOAN

Effective **November 27, 2006** for value received, $27,000 *(Twenty-seven thousand dollars)*, I, **MAURICE JACKSON**, promises to repay to the order of **MICHELLE B. REN** of Richmond, Ca, the same *$27,000* on or before **May 27, 2007** plus agreed interest of 50% for a total return of $40,500 *(Forty thousand five hundred dollars)*.

If MICHELLE B. REN does not survive the term of the investment, **XIAO MIN MA** shall be the beneficiary of said investment and interest and party to all terms and conditions of said agreement forthwith.

It is further agreed between the parties that if *the invested fund amount of $27,000 plus interest for a total amount of $40,500* is not repaid by the date as agreed and shown, it is the mutual agreement and understanding of the parties that an additional 30 (thirty) day grace period will commence after which time, MICHELLE B. REN may execute legal action against MAURICE JACKSON for the invested amount, agreed interest and attorneys fees. It is also understood and agreed that an additional interest rate of 1 % percent per day will continue until investment plus accumulated interest is paid in full by said party, MAURICE JACKSON.

_____                             ____12-8-06_____
Date                                                                                Date

MICHELLE B. REN                                                MAURICE JACKSON
Name of Investor (Print)                                       Name of Holder (Print)

_____                             _____
Signature                                                                        Signature

State of California  }
                              } ss
County of Alameda  }

On 12-08-06 before me, Alison Nesbitt Thomas, a Notary Public, personally appeared Maurice Jackson, ( ) personally known to me -- OR – ( ) proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.

Witness my hand and official seal.

_____
Signature of Notary Public

[Notary Seal: ALISON NESBITT THOMAS, COMM. #1658583, NOTARY PUBLIC - CALIFORNIA, ALAMEDA COUNTY, My Comm. Expires May 13, 2010]