# EXHIBIT I

Effective January *[illegible]* *[illegible]* MAURICE JACKSON, promise *[illegible]* WENG SHENG WONG *[illegible]* the same $40,000 on or before *[illegible]* 16, 2007 *[illegible]* $60,000 (Sixty thousand dollars).

If WENG SHENG WONG does not survive the term of the investment, *[illegible]* AI-EN MA shall be the beneficiary of said investment and interest *[illegible]* party to all terms and conditions of said agreement forthwith.

It is further agreed between the parties that if *the invested fund amount of $40,000 plus interest for a total amount of $60,000* is not repaid by the date as agreed and shown, it is the mutual agreement and understanding of the parties that an additional 30 (thirty) day grace period will commence after which time, WENG SHENG WONG may execute legal action against MAURICE JACKSON for the invested amount, agreed interest, and attorneys fees. It is also understood and agreed that an additional interest rate of 1 % percent per day, will continue until investment plus accumulated interest is paid in full by said party, MAURICE JACKSON.

                                                         2 12 07
_____                                  _____
Date                                             Date

WENG SHENG WONG                                  MAURICE JACKSON
Name of Investor (Print)                         Name of Holder (Print)

_____                                  _____
Signature                                        Signature

State of California

County of ALAMEDA

On 2/12/07 before me, KERRY D. MORNING a Notary Public, personally appeared <u>Maurice Jackson</u>, (✓) personally known to me -- OR -- ( ) proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.

Witness my hand and official seal.

                                         _____
                                         Signature of Notary Public

KERRY D. MORNING
Commission # 1451214
Notary Public — California
Contra Costa County
My Comm. Expires Nov 16, 2007

# EXHIBIT J

# PROMISSORY NOTE
## INVESTMENT FUNDS

Effective **January 5, 2007** for value received, $190,000 *(One hundred ninety thousand dollars)*, I, **MAURICE JACKSON**, promise to repay to the order of **WENG K. WONG** of Richmond, Ca, the same *$190,000* on or before **July 5, 2007** plus agreed interest of 50% for a total return of *$285,000 (Two hundred eighty-five thousand dollars)*.

If WENG K. WONG does not survive the term of the investment, **XIAO MIN MA** shall be the beneficiary of said investment and interest and party to all terms and conditions of said agreement forthwith.

I individually agree that until such time that the principal and agreed interest owed under this note is paid in full; the note should be secured by the following described property, grant deed and this security agreement.

*The real property located at 2575 62nd Avenue, Oakland, Ca. 94605 is the collateral property to be used to secure said investment.*

It is further agreed between the parties that if *the invested fund amount of $190,000 plus interest for a total amount of $285,000* is not repaid by the date as agreed and shown, it is the mutual agreement and understanding of the parties that an additional 30 (thirty) day grace period will commence after which time, WENG K. WONG may execute legal action against MAURICE JACKSON for the invested amount, agreed interest and attorneys fees. It is also understood and agreed that an additional interest rate of 1 % percent per day will continue until investment plus accumulated interest is paid in full by said party, MAURICE JACKSON.

_____    __2-12-07_____
Date                                Date

WENG K. WONG_____          _MAURICE JACKSON_____
Name of Investor (Print)            Name of Holder (Print)


_____    _____/s/ signature_____
Signature                           Signature

State of California  }
County of ALAMEDA    } ss

*[Notary Stamp: KERRY D. MORNING, Commission # 1451214, Notary Public — California, Contra Costa County, My Comm. Expires Nov 16, 2007]*

On _2/12/07_ before me, __KERRY D. MORNING__, a Notary Public, personally appeared Maurice Jackson, (✓) personally known to me -- OR -- ( ) proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.

Witness my hand and official seal.        _Kerry D. Morning_____
                                          Signature of Notary Public