# EXHIBIT K

**RTi REAL TIME INVESTMENTS**
440 GRAND AVENUE SUITE 110
OAKLAND, CA 94610

## RTi INVESTOR INFORMATION

DATE: March 15, 2007

LAST NAME: Wong
FIRST NAME: Weng Sheng

BENEFICIARY LAST NAME: Ma
BENEFICIARY FIRST NAME: Xiao Wen

ADDRESS: 175 25th St.
CITY: Richmond
STATE: Ca
ZIP CODE: 94801

DAYTIME PHONE: 510.206.0584
EVENING PHONE: 510.206.0584

EMAIL:
REFERRED BY:

--- FOR OFFICE USE ONLY ---

DATE OF INVESTMENT: March 22, 2007
INVESTMENT TERM: 6 months

INITIAL INVESTMENT: 120,000.—
RETURN ON INVESTMENT: 50%

SECURED / UNSECURED (please circle one) — [SECURED circled]
SECURITY PROPERTY:

PAYOUT DATE: Sept. 22, 2007
FULL WITHDRAWL / ROLLOVER (please circle one)

PAYOUT AMOUNT:
ROLLOVER AMOUNT:

ROLLOVER INVESTMENT TERM:
MONTHLY ANNUITY:

### AGREEMENT

I, VERNA TAIT, am in receipt of $ 120,000.—

from WENG SHENG WONG for an investment of 6 months

with Maurice Jackson.

Signed: Verna Tait    Date: 3.15.07

Signed: [signature]    Date: 3/15/07