# EXHIBIT 2

1  VERNON C. GOINS II (SBN 195461)
   BRIAN K. HILLIARD (SBN 244193)
2  TAYLOR, GOINS & STALLWORTH LLP
   1330 Broadway, Suite 1701
3  Oakland, CA 94612
4  Telephone:  (510) 893-9465
   Facsimile:  (510) 893-4228
5
   Attorneys for Defendants
6  MAURICE JACKSON and VERNA TAIT

7              UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA
9

10 KWOK K. CHO, an individual, THAU LONG,  )  No.  C 07-06512 JCS
   an individual; HAO LONG, an individual,  )
11 XIAO MIN MA, an individual; YAN YUN    )  **DEFENDANTS MAURICE JACKSON**
   YU, an individual; WAI PAK, an individual;  )  **AND VERNA TAIT'S ANSWER TO**
12 MICHELLE B. REN, an individual; WENG   )  **PLAINTIFFS' VERIFIED AMENDED**
   SHENG WONG and WENG K. WONG, an       )  **COMPLAINT**
13 individual                               )
                                            )
14            Plaintiffs,                    )
                                            )
15    vs.                                    )
                                            )
16 MAURICE JACKSON, an individual, and aka )
   RTI & aka REAL TIME INVESTMENTS and   )
17 aka ECONOMIC RESOURCE SERVICES,        )
   REAL TIME INVESTMENTS LLC, a          )
18 California limited liability company,     )
   ECONOMIC RESOURCE SERVICES, a         )
19 Nevada corporation, VERNA TAIT, an      )
   individual, JACQUELYNE ODOM aka       )
20 JACKIE ODOM, MAISHA YVONNE            )
   PULLIAM, an individual aka MAISHA     )
21 YVONNE JACKSON, ECONOMIC REAL         )
   ESTATE SOLUTIONS, INC. a California    )
22 corporation, and DOES 1 THROUGH 100,   )
                                            )
23            Defendants.                    )
                                            )
24 _____

25

---

**DEFENDANTS MAURICE JACKSON AND VERNA TAIT'S ANSWER TO PLAINTIFFS' VERIFIED AMENDED COMPLAINT**
(CASE NO. C 07-06512 JCS)