1      COME NOW MAURICE JACKSON, an individual, and VERNA TAIT, an individual (hereinafter "defendants" or "answering defendants") in the above-entitled action and, answering the Complaint on file, therein admit, deny and allege as follows:

## ANSWER TO COMPLAINT

1. Defendants deny the allegation contained in Paragraph 1 of the Complaint.

2. Defendants deny the allegations contained in Paragraph 2 of the Complaint.

3. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 3, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 3 of the Complaint.

4. Defendants deny the allegations contained in Paragraph 4 of the Complaint.

5. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 5, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 5 of the Complaint.

6. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 6, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 6 of the Complaint.

7. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 7, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 7 of the Complaint.

8. Defendants state that they lack information and belief sufficient to admit or deny

the truth or falsity of the allegations contained in Paragraph 8, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 8 of the Complaint.

9. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 9, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 9 of the Complaint.

10. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 10, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 10 of the Complaint.

11. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 11, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 11 of the Complaint.

12. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 12, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 12 of the Complaint.

13. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 13, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 13 of the Complaint.