1    14.    Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 14, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 14 of the Complaint.

15.    Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 15, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 15 of the Complaint.

16.    Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 10, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 10 of the Complaint.

17.    Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 17, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 17 of the Complaint.

18.    Defendants admit that Maurice Jackson resides in Oakland, California. Defendants admit that Jackson made each of the promissory notes on which this complaint is based. Defendants state they lack information and belief sufficient to admit or deny the truth or falsity of the remaining allegations contained in Paragraph 18, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 18 of the Complaint.

19.    Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 19 , and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 19 of the Complaint.

20. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 20, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 20 of the Complaint.

21. Defendants admit that Verna Tait resides in Oakland, California. Defendants deny the remaining allegations contained in Paragraph 21 of the Complaint.

22. Defendants admit that Jacqueline Odom is an adult and that she is Defendant Maurice Jackson's mother. Defendants admit that Jacqueline Odom communicated with investors in the spring and summer of 2007 regarding defaults on payments of promissory notes. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the remaining allegations contained in Paragraph 22, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 22 of the Complaint.

23. Defendants admit that Maisha Pulliam is an adult, the wife of defendant Maurice Jackson and resides in Oakland, California. Defendants deny the remaining allegations contained in Paragraph 23 of the Complaint.

### IV.    DOE DEFENDANTS

24. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 24, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 24 of the Complaint.

25. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 25, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 25 of the Complaint.