26. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 26, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 26 of the Complaint.

### V. ALLEGATIONS COMMON TO EACH CAUSE OF ACTION

27. Defendants admit that Jackson issued promissory notes in early 2005 in amounts ranging from $20,000 and $300,000. Defendants deny the remaining allegations contained in Paragraph 27 of the Complaint.

28. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 28, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 28 of the Complaint.

29. Defendants admit that Defendant Tait gave presentations regarding the promissory notes in questions. Defendants deny the remaining allegations contained in Paragraph 29 of the Complaint.

30. Defendants admit that Jackson executed and delivered a promissory note to Thau Long in the amount of $150,000. Defendants admit that plaintiff Long gave him $150,000. Defendants admit that a true and correct copy of this promissory is attached to the Complaint. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the remaining allegations contained in Paragraph 30, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 30 of the Complaint.

31. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the remaining allegations contained in Paragraph 31, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 31 of the Complaint.

32. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 32, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 32 of the Complaint.

33. Defendants the allegations contained in Paragraph 33 of the Complaint.

34, Defendants admit that Jackson executed and delivered a promissory note to Hao Long in the amount of $60,000. Defendants admit that plaintiff Hao Long gave defendant Jackson $60,000. Defendants admit that a true and correct copy of this promissory is attached to the Complaint. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the remaining allegations contained in Paragraph 33, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 33 of the Complaint.

35. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the remaining allegations contained in Paragraph 35, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 35 of the Complaint.

36. Defendants admit that Jackson executed and delivered a promissory note to Weng Sheng Wong in the amount of $20,000. Defendants admit that plaintiff Wong gave defendant Jackson $20,000. Defendants admit that a true and correct copy of this promissory is attached to the Complaint. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the remaining allegations contained in Paragraph 36, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 36 of the Complaint.

37. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the remaining allegations contained in Paragraph 37, and based upon said