lack of information and belief, said Defendants deny the allegations contained in Paragraph 36 of the Complaint.

38.    Defendants admit that Jackson executed and delivered a promissory note to Xiao Min Ma in the amount of $200,000. Defendants admit that plaintiff Ma gave defendant Jackson $200,000. Defendants admit that a true and correct copy of this promissory is attached to the Complaint. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the remaining allegations contained in Paragraph 38, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 37 of the Complaint.

39.    Defendants admit that Jackson executed and delivered a promissory note to Yan Yun Yu  in the amount of $130,000. Defendants admit that plaintiff Yu gave defendant Jackson $130,000. Defendants admit that a true and correct copy of this promissory is attached to the Complaint. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the remaining allegations contained in Paragraph 38, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 38 of the Complaint.

40.    Defendants admit that Jackson executed and delivered a promissory note to Wai Pak in the amount of $99,150. Defendants admit that plaintiff Yu gave defendant Jackson $99,150. Defendants admit that a true and correct copy of this promissory is attached to the Complaint. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the remaining allegations contained in Paragraph 40, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 39 of the Complaint.

41.    Defendants admit that Jackson executed and delivered a promissory note to Kwok K. Cho in the amount of $200,000. Defendants admit that plaintiff Cho gave defendant Jackson

$200,000. Defendants admit that a true and correct copy of this promissory is attached to the Complaint. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the remaining allegations contained in Paragraph 41, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 41 of the Complaint.

42.     Defendants admit that Jackson executed and delivered a promissory note to Michelle B. Ren in the amount of $27,000. Defendants admit that plaintiff Ben gave defendant Jackson $27,000. Defendants admit that a true and correct copy of this promissory is attached to the Complaint. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the remaining allegations contained in Paragraph 41, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 41 of the Complaint.

43.     Defendants admit that Jackson executed and delivered a promissory note to Weng Sheng Wong in the amount of $40,000. Defendants admit that plaintiff Wong gave defendant Jackson $40,000. Defendants admit that a true and correct copy of this promissory is attached to the Complaint. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the remaining allegations contained in Paragraph 43, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 43 of the Complaint.

44.     Defendants admit that Jackson executed and delivered a promissory note to Weng K. Wong in the amount of $120,000. Defendants admit that plaintiff Wong gave defendant Jackson $120,000. Defendants admit that a true and correct copy of this promissory is attached to the Complaint. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the remaining allegations contained in Paragraph 44, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 44 of the Complaint.

---