45. Defendants deny each and every allegation in Paragraph 45 of the Complaint.

46. Defendants deny the allegations contained in Paragraph 46 of the Complaint.

47. Defendants admit circulating a document entitled "RTI-Delayed Investment." Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the remaining allegations contained in Paragraph 47, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 47 of the Complaint.

48. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 48, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 48 of the Complaint.

49. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 49, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 49 of the Complaint.

50. Defendants admit that Tait and Odom held a meeting at 454 Grand Avenue regarding RTI. Defendants deny the remaining allegations in Paragraph 50 of the Complaint.

51. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 51, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 51 of the Complaint.

52. Defendants deny each and every allegation contained in Paragraph 52 of the Complaint.

53. Defendants deny each and every allegation contained in Paragraph 53 of the Complaint.

54. Defendants deny each and every allegation contained in Paragraph 54 of the Complaint.

55. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 55, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 55 of the Complaint.

56. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 56, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 56 of the Complaint.

57. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 57, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 57 of the Complaint.

58. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 58, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 58 of the Complaint.

59. Defendants deny each and every allegation contained in Paragraph 59 of the Complaint.

60. Defendants deny each and every allegation contained in Paragraph 60 of the Complaint.

61. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 61, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 61 of the Complaint.