62. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 62, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 62 of the Complaint.

63. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 63, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 63 of the Complaint.

64. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 64, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 64 of the Complaint.

65. Defendants deny the allegations contained in Paragraph 65 of the Complaint.

66. Defendants deny the allegations contained in Paragraph 66 of the Complaint.

67. Defendants deny the allegations contained in Paragraph 67 of the Complaint.

68. Defendants deny the contained in Paragraph 68 of the Complaint.

69. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 69, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 69 of the Complaint.

70. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 70, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 70 of the Complaint.

71. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 71, and based upon said lack of

information and belief, said Defendants deny the allegations contained in Paragraph 71 of the Complaint.

72. Defendants admit the allegations contained in Paragraph 72 of the Complaint.

73. Defendants deny each and every allegation contained in Paragraph 73 of the Complaint.

74. Defendants deny each and every allegation contained in Paragraph 74 of the Complaint.

75. Defendants deny each and every allegation contained in Paragraph 75 of the Complaint.

76. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 76, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 76 of the Complaint.

77. Defendants state that they lack information and belief sufficient to admit or deny the truth or falsity of the allegations contained in Paragraph 77, and based upon said lack of information and belief, said Defendants deny the allegations contained in Paragraph 77 of the Complaint.

## AFFIRMATIVE DEFENSES

By way of affirmative defenses, to all causes of action, these answering defendants allege:

### FIRST AFFIRMATIVE DEFENSE
(Failure to State a Cause of Action)

The allegations of the Complaint fail to state facts sufficient to constitute a cause of action against these answering defendants.

DEFENDANTS MAURICE JACKSON AND VERNA TAIT'S ANSWER TO PLAINTIFFS' VERIFIED AMENDED COMPLAINT
(CASE NO. C 07-06512 JCS)