1  these answering defendants, and this action is therefore barred by the provisions of California
2  Civil Code Section 1473.

### TWELFTH AFFIRMATIVE DEFENSE
(Consent)

Plaintiff and/or her agents have at all times given their consent, expressed or implied, to any acts, omissions, representations, and courses of conduct of these answering defendants as alleged in the Complaint.

### THIRTEENTH AFFIRMATIVE DEFENSE
(Failure of Consideration)

As to the Complaint and each cause of action thereof, based upon any agreement or duties of these answering defendants, there has been a failure of consideration.

### FOURTEENTH AFFIRMATIVE DEFENSE
(Statute of Limitations)

Each and every action against these answering defendants is barred by the applicable Statute of Limitations.

### FIFTEENTH AFFIRMATIVE DEFENSE
(Acquiescence)

Plaintiff acquiesced in, and in some instances even directed, the course of conduct of these answering defendants, if any, as alleged in the Complaint. Such acquiescence removes any right of plaintiff to now object to such course of conduct by these answering defendants.

### SIXTEENTH AFFIRMATIVE DEFENSE
(Negligence of Plaintiff)

Plaintiff was negligent in or about the matters alleged in the Complaint and such negligence was either the sole proximate cause of the alleged damages, if there were any, or a substantial and contributing proximate cause reducing the liability of these answering defendants proportionately.

---

DEFENDANTS MAURICE JACKSON AND VERNA TAIT'S ANSWER TO PLAINTIFFS' VERIFIED AMENDED COMPLAINT
(CASE NO. C 07-06512 JCS)