## SEVENTEENTH AFFIRMATIVE DEFENSE
(Assumption of Risk)

These answering defendants are informed, believe and thereon allege that at all times relevant to this action, plaintiff was well aware of the risks involved in the transactions alleged in the Complaint and in particular the risk involved in their failure to perform their duties and obligations under any agreement or contract so alleged. Plaintiff nevertheless assumed said risks, thus barring any recovery from these answering defendants.

## EIGHTEENTH AFFIRMATIVE DEFENSE
(Novation)

Plaintiff and these answering defendants engaged in conduct constituting a valid novation of any preceding agreements or contract between them with the intent to extinguish any obligations of any such original agreement or contract and to substitute new and different obligations. These answering defendants performed the obligations required of them under each and every such novation. Any such conditions not performed under any novation were excused by plaintiff's conduct.

## NINETEENTH AFFIRMATIVE DEFENSE
(Fault of Others)

As and for a further and separate affirmative defense to the Complaint on file herein and each and every cause of action thereof, these answering defendants allege that other persons or entities who are defendants and/or plaintiff in this action, and/or other persons or entities who have not yet been named in this action, were themselves at fault in and about the matters referred to in the Complaint and that such fault proximately caused or contributed to the injuries and damages complained of, if any.

///

## TWENTIETH AFFIRMATIVE DEFENSE
(Reservation of Rights)

As discovery has not yet been completed, these answering defendants respectfully request to reserve rights to amend and state additional affirmative defenses that have not been pled at this time, when the factual bases for the same shall have been ascertained.

**WHEREFORE**, these answering defendants pray for the following relief:

1. That plaintiff take nothing from these answering defendants;
2. That a judgment of dismissal be entered in favor of these answering defendants;
3. For costs of suit herein; and
4. For such other and further relief as the Court may deem just and proper.

Dated: February 19, 2008

TAYLOR, GOINS & STALLWORTH LLP

s/Vernon C. Goins
VERNON C. GOINS
Attorneys for Defendants
MAURICE JACKSON
and VERNA TAIT

---

DEFENDANTS MAURICE JACKSON AND VERNA TAIT'S ANSWER TO PLAINTIFFS' VERIFIED AMENDED COMPLAINT
(CASE NO. C 07-06512 JCS)