# EXHIBIT 3

LAW OFFICE OF JOHN CLAASSEN

2201 BROADWAY, SUITE 803, OAKLAND, CALIFORNIA 94612
TEL. (510) 251-8010 | FAX. (510) 868-3398
john@claassenlegal.com

March 11, 2008

Via Facsimile and First Class US Mail

Vernon C. Goins, Esq.
TAYLOR, GOINS & STALLWORTH, LLP
1330 Broadway, Suite 1701
Oakland, CA 94612-2503

Re:     *Cho vs. Jackson*
        Case No.: 07-06512

Dear Mr. Goins:

Plaintiffs are prepared to file a motion for partial summary judgment in the above-referenced matter. In accordance with presiding Judge Joseph Spero's Case Management Conference Order, I write to explore the possibility of a joint statement of undisputed facts.

At a minimum, plaintiffs will require that any statement of undisputed material facts submitted contain facts showing (1) that Verna Tait is a principal for Real Time Investments; and (2) Verna Tait's direct involvement in the execution of the promissory notes issued to each plaintiff.

Please advise whether you are in agreement with the above-referenced facts as soon as possible. If I do not hear from you by Friday, March 14, I will assume that a joint statement is not possible.

Very truly yours,

John Claassen