# Law Office of John Claassen

2201 Broadway, Suite 803, Oakland, California 94612
Tel. (510) 251-8010 | Fax. (510) 868-3398



| | | | |
|---|---|---|---|
| **To:** | Vernon C. Goins, Esq. | **From:** | John Claassen, Esq. |
| **Fax:** | (510) 893-4228 | **Pages:** | 2 (including cover) |
| **Phone:** | (510) 893-9465 | **Date:** | 3/11/2008 |
| **Re:** | Cho vs. Jackson | **CC:** | |

☐ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

Please see the enclosed letter.

```
B. L-P & Y
                                                                          001
***********************
***    TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                       0679
CONNECTION TEL
SUBADDRESS                              8934228
CONNECTION ID
ST. TIME                       03/11 12:34
USAGE T                        00'18
PGS. SENT                      2
RESULT                         OK
```

# LAW OFFICE OF JOHN CLAASSEN

2201 BROADWAY, SUITE 803, OAKLAND, CALIFORNIA 94612
TEL. (510) 251-8010 | FAX. (510) 868-3398

# Fax

| | | | |
|---|---|---|---|
| **To:** | Vernon C. Goins, Esq. | **From:** | John Claassen, Esq. |
| **Fax:** | (510) 893-4228 | **Pages:** | 2 (including cover) |
| **Phone:** | (510) 893-9465 | **Date:** | 3/11/2008 |
| **Re:** | Cho vs. Jackson | **CC:** | |

☐ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

Please see the enclosed letter.