# EXHIBIT 4

RECORDING REQUESTED BY:

Escrow No.:
Locate No.
Title No.

When Recorded Mail Document
and Tax Statement To:
Maisha Pulliam
13506 Campus Dr.
Oakland Ca 94605

2005223290    06/01/2005 01:58 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:    13.00

3 PGS

APN: 037A-3156-017

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

The undersigned grantor(s) declare(s)
Documentary transfer tax is $          City Transfer Tax is $
    [    ] computed on full value of property conveyed, or
    [    ] computed on full value less value of liens or encumbrances remaining at time of sale,
    [    ] Unincorporated Area    City of **Oakland**,
"This conveyance establishes sole and separate property of a spouse, R & T 11911."

**FOR A VALUABLE CONSIDERATION**, receipt of which is hereby acknowledged, Maurice Jackson, spouse of grantee herein

hereby **GRANT(S) to** Maisha Pulliam, a married woman as her sole and separate property

**the following described real property in the** City of **Oakland**, County of **Alameda**, State of **California**:
See Legal Desciption Attached Exhibit "A"

DATED: May 26, 2005

STATE OF CALIFORNIA
COUNTY OF _Alameda_
ON _5-26-05_ before me,
_the undersigned Notary Public_ personally appeared
_Maurice Jackson_
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.
Signature _[signature]_

Maurice Jackson

C. HIATT
COMM. # 1556490
NOTARY PUBLIC-CALIFORNIA
ALAMEDA COUNTY
COMM. EXP. MARCH 18, 2009

MAIL TAX STATEMENTS AS DIRECTED ABOVE

FD-213 (Rev 7/96)
(grantfil)(04-05)

GRANT DEED

683255
KMMON