## ILLEGIBLE NOTARY SEAL DECLARATION

(Government Code 27361.7)

I declare under penalty of perjury that the notary seal on the document to which this statement is attached, reads as follows:

NAME OF NOTARY PUBLIC: C. Hiatt

COMMISSION NUMBER: 1294995

NOTARY PUBLIC STATE: California

COUNTY: Alameda

MY COMM. EXPIRES: 3-18-05

SIGNATURE OF DECLARANT: CHiatt

PRINT NAME OF DECLARANT: C. Hiatt

CITY & STATE OF EXECUTION: Oakland, CA

DATE SIGNED: 5-31-05

THE ABOVE INFORMATION MUST BE LEGIBLE FOR SCANNING

Exhibit "A"

CITY OF OAKLAND

LOT 16, AMENDED MAP OF TRACT 5018, FILED FEBRUARY 11, 1988, IN BOOK 175, PAGES 1 THROUGH 16, OF MAPS, ALAMEDA COUNTY RECORDS.

ASSESSOR'S PARCEL NO. 037A-3156-017