# EXHIBIT 5

**RECORDING REQUESTED BY:**
Fidelity National Title Company of California
Escrow No.: 07-3051543-DO
Locate No.: CAIND0000-0950-0003-
Title No.: 6753563

**When Recorded Mail Document and Tax Statement To:**
Ms. Celleste Chatham
2575 62nd Avenue
Oakland, CA 94605

2007220074   06/12/2007 03:05 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:   11.00
COUNTY TAX:   346.50
CITY TAX:   4725.00
2 PGS

APN: 038-3200-014-00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

The undersigned grantor(s) declare(s)
**Documentary transfer tax is $346.50**     City Tax  **$4,725.00**
[ x ]   computed on full value of property conveyed, or
[   ]   computed on full value less value of liens or encumbrances remaining at time of sale,
[   ]   Unincorporated Area    City of **Oakland**,

**FOR A VALUABLE CONSIDERATION**, receipt of which is hereby acknowledged,   Goldman Sachs Mortgage Company

**hereby GRANT(S) to**   Cellestene Chatham, an unmarried woman

**the following described real property in the** City of **Oakland**, County of **Alameda**, State of **California**:
SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

DATED: ~~May 25, 2007~~ May 31, 2007

STATE OF ~~CALIFORNIA~~ Florida
COUNTY OF Pinellas
ON 31 May 2007 before me,
Ann Alderson, Notary
(here insert name and title of the officer), personally appeared Kelli Murray, VP
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.
Signature _____ (Seal)

Goldman Sachs Mortgage Company
By: _____
    Kelli Murray, VP

(Notary Seal: Ann Alderson, MY COMMISSION EXPIRES January 29, 2008, #DD271528, Bonded thru Troy Fain-Insurance, NOTARY PUBLIC, STATE OF FLORIDA)

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**
FD-213 (Rev 7/96)                                       GRANT DEED
(grant)(06-06)

Escrow No.: 07-3051543-DO
Locate No.: CAIND0000-0950-0003-
Title No.: 6753563

# EXHIBIT "A"

LOT 23 IN BLOCK "K" AS SAID LOT AND BLOCK ARE SHOWN ON THE "MAP OF FOOTHILL PARK, BROOKLYN TOWNSHIP, ALAMEDA CO., CAL.," FILED MAY 14, 1906 IN BOOK 21 OF MAPS, PAGE 25, IN THE OFFICE OF THE COUNTY RECORDER OF ALAMEDA COUNTY.

