1  LAW OFFICE OF JOHN CLAASSEN
   *JOHN CLAASSEN, ESQ. (212954)*
2  2201 BROADWAY, SUITE 803
   OAKLAND, CA 94612
3  TELEPHONE: (510) 251-8010
   FACSIMILE: (510) 868-3398
4  john@claassenlegal.com

5  Attorney for Plaintiffs
   KWOK CHO; THAU LONG; XIAO MIN MA; YAN YUN YU; WAI PAK;
6  MICHELLE B. REN; WENG SHENG WONG; AND WENG K. WONG

7

**UNITED STATES DISTRICT COURT**

8

**NORTHERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| KWOK K. CHO, an individual; THAU LONG, an individual; HAO LONG, an individual; XIAO MIN MA, an individual; YAN YUN YU, an individual; WAI PAK, an individual; MICHELLE B. REN, an individual; WENG SHENG WONG, an individual; and WENG K. WONG, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> MAURICE JACKSON, an individual, and aka RTI and aka REAL TIME INVESTMENTS and aka ECONOMIC RESOURCE SERVICES, REAL TIME INVESTMENTS, LLC, a California limited liability company, ECONOMIC RESOURCE SERVICES, a Nevada corporation, VERNA TAIT, an individual, JACQUELYNE ODOM, aka JACKIE ODOM, an individual, aka JACQUELINE ODOM, MAISHA YVONNE PULLIAM, an individual, aka MAISHA YVONNE JACKSON, ECONOMIC REAL ESTATE SOLUTIONS, INC., a California corporation, and DOES 1 THROUGH 100, <br><br> Defendants. | Case No.: C07-06512 JCS <br><br> **DECLARATION OF HAO LONG IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (F.R.C.P. 56(a))** <br><br> **Date: May 2, 2008** <br> **Time: 9:30 a.m.** <br> **Dept: Courtroom A, 15th Floor** <br> **Before: Honorable Joseph C. Spero** |

**DECLARATION OF HAO LONG**                                                    **C07-06512 JCS**

# DECLARATION OF HAO LONG

I, Hao Long, declare as follows:

1. I am plaintiff Hao Long in the above-captioned action. I submit this declaration in support of plaintiffs' motion for partial summary judgment. I have personal knowledge of the facts set forth herein and could and would testify competently thereto if asked to do so.

2. On or around October 3, 2005, defendant Maurice Jackson executed and delivered a secured promissory note to me in the amount of $60,000 in the form attached to the Amended Complaint as Exhibit B.

3. The promissory note executed and delivered to me had a maturity date of April 3, 2006.

4. I paid to defendants the principal amount specified in the promissory note.

5. When the note matured, I reinvested, and continued to reinvest at least some of the amount I had invested.

6. On or around October 27, 2006, Jackson paid me the sum of $50,000 but did not return the remainder of the amount due under the promissory note.

7. Under the last reinvestment, I was to receive payment in full no later than June 30, 2007.

8. To date, I have not received payment as promised and therefore am now due and owed the unpaid sum of $10,000, as payment has not been excused.

9. The only reason I invested in this real estate scheme was to earn the extraordinary returns promised in the promissory notes.

10. The only reason I reinvested was for the extraordinary returns offered by defendants. The returns promised by defendants for the reinvestment mirrored the returns defendants promised on the original promissory note issued to me.

**DECLARATION OF HAO LONG**                                                      **C07-06512 JCS**

-1-

11. I am a resident of the State of Oregon.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 26th day of March 2008 in ____Bend_____, Oregon.

/s/ Hao Long*
_____
Hao Long

*Plaintiffs' counsel John Claassen hereby attests that he has on file the holograph signature for Hao Long indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ John Claassen, Esq.
_____
John Claassen, Esq.