1  LAW OFFICE OF JOHN CLAASSEN
   JOHN CLAASSEN, ESQ. (212954)
2  2201 BROADWAY, SUITE 803
   OAKLAND, CA 94612
3  TELEPHONE:  (510) 251-8010
   FACSIMILE:  (510) 868-3398
4  john@claassenlegal.com

5  Attorney for Plaintiffs
   KWOK CHO; THAU LONG; XIAO MIN MA; YAN YUN YU; WAI PAK;
6  MICHELLE B. REN; WENG SHENG WONG; AND WENG K. WONG

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10 KWOK K. CHO, an individual; THAU          )   Case No.:  C07-06512 JCS
   LONG, an individual; HAO LONG, an         )
11 individual; XIAO MIN MA, an individual;   )
   YAN YUN YU, an individual; WAI PAK, an    )
12 individual; MICHELLE B. REN, an           )   **DECLARATION OF WAI PAK IN**
   individual; WENG SHENG WONG, an           )   **SUPPORT OF PLAINTIFFS'**
13 individual; and WENG K. WONG, an          )   **MOTION FOR PARTIAL**
   individual,                               )   **SUMMARY JUDGMENT**
14                                           )
15         Plaintiffs,                       )
                                             )
16         v.                                )
                                             )   **Date: May 2, 2008**
17 MAURICE JACKSON, an individual, and       )   **Time: 9:30 a.m.**
   aka RTI and aka REAL TIME                 )   **Dept: Courtroom A, 15th Floor**
18 INVESTMENTS and aka ECONOMIC              )   **Before: Honorable Joseph C. Spero**
   RESOURCE SERVICES, REAL TIME              )
19 INVESTMENTS, LLC, a California limited    )
   liability company, ECONOMIC RESOURCE      )
20 SERVICES, a Nevada corporation, VERNA     )
   TAIT, an individual, JACQUELYNE           )
21 ODOM, aka JACKIE ODOM, an individual,     )
   aka JACQUELINE ODOM, MAISHA               )
22 YVONNE PULLIAM, an individual, aka        )
   MAISHA YVONNE JACKSON,                    )
23 ECONOMIC REAL ESTATE SOLUTIONS,           )
   INC., a California corporation, and DOES 1)
24 THROUGH 100,                              )
                                             )
25         Defendants.                       )
                                             )
26                                           )
27                                           )

28

DECLARATION OF WAI PAK                                    C07-06512 JCS

1
2
## DECLARATION OF WAI PAK

3
        I, Wai Pak, declare as follows:

4
    1.     I am plaintiff Wai Pak in the above-captioned action.  I submit this declaration in

5
6
support of plaintiffs' motion for partial summary judgment.  I have personal knowledge of the facts set

forth herein and could and would testify competently thereto if asked to do so.

7
8
    2.     On or around December 8, 2006, Jackson executed and delivered a secured promissory

9
note to me in the amount of $99,150 as set forth in Exhibit F to the Amended Complaint.

10
    3.     The promissory note executed and delivered to me had a maturity date of May 27,

11
2007.

12
    4.     I paid to defendants the principal amount specified in the promissory note.

13
    5.     To date, I have not received payment as promised and therefore I am now due and

14
15
owed the unpaid sum of $99,150, as payment has not been excused.

16
    6.     The only reason I decided to invest in this real estate scheme was to earn the

17
extraordinary returns promised in the promissory notes.

18
        I declare under penalty of perjury under the laws of the State of California that the

19
foregoing is true and correct.  Executed this 26th day of March 2008 in Oakland, California.

20
                  /s/ Wai Pak*

21
             _____

22
                   Wai Pak

23
24
*Plaintiffs' counsel John Claassen hereby attests that he has on file the holograph signature for Wai Pak indicated by a "conformed" signature (/s/) within this e-filed document.

25
/s/ John Claassen, Esq.

26
_____
John Claassen, Esq.

27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF WAI PAK**

C07-06512 JCS