1  LAW OFFICE OF JOHN CLAASSEN
   *JOHN CLAASSEN, ESQ. (212954)*
2  2201 BROADWAY, SUITE 803
   OAKLAND, CA 94612
3  TELEPHONE: (510) 251-8010
   FACSIMILE: (510) 868-3398
4  john@claassenlegal.com

5  Attorney for Plaintiffs
   KWOK CHO; THAU LONG; XIAO MIN MA; YAN YUN YU; WAI PAK;
6  MICHELLE B. REN; WENG SHENG WONG; AND WENG K. WONG

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9

10 KWOK K. CHO, an individual; THAU              ) Case No.: C07-06512 JCS
   LONG, an individual; HAO LONG, an             )
11 individual; XIAO MIN MA, an individual;       )
   YAN YUN YU, an individual; WAI PAK, an        ) **DECLARATION OF MICHELLE B.**
12 individual; MICHELLE B. REN, an               ) **REN IN SUPPORT OF**
   individual; WENG SHENG WONG, an               ) **PLAINTIFFS' MOTION FOR**
13 individual; and WENG K. WONG, an              ) **PARTIAL SUMMARY JUDGMENT**
14 individual,                                   )
                                                 )
15         Plaintiffs,                           )
                                                 )
16    v.                                         ) **Date: May 2, 2008**
                                                 ) **Time: 9:30 a.m.**
17 MAURICE JACKSON, an individual, and           ) **Dept: Courtroom A, 15th Floor**
   aka RTI and aka REAL TIME                     ) **Before: Honorable Joseph C. Spero**
18 INVESTMENTS and aka ECONOMIC                  )
19 RESOURCE SERVICES, REAL TIME                  )
   INVESTMENTS, LLC, a California limited        )
20 liability company, ECONOMIC RESOURCE          )
   SERVICES, a Nevada corporation, VERNA         )
21 TAIT, an individual, JACQUELYNE               )
22 ODOM, aka JACKIE ODOM, an individual,         )
   aka JACQUELINE ODOM, MAISHA                   )
23 YVONNE PULLIAM, an individual, aka            )
   MAISHA YVONNE JACKSON,                        )
24 ECONOMIC REAL ESTATE SOLUTIONS,               )
25 INC., a California corporation, and DOES 1    )
   THROUGH 100,                                  )
26                                               )
              Defendants.                        )
27                                               )

28

**DECLARATION OF MICHELLE B. REN**                              **C07-06512 JCS**

## **DECLARATION OF MICHELLE B. REN**

I, Michelle B. Ren, declare as follows:

1. I am Plaintiff Michelle B. Ren in the above-captioned action. I submit this declaration in support of plaintiffs' motion for partial summary judgment. I have personal knowledge of the facts set forth herein and could and would testify competently thereto if asked to do so.

2. On or around December 8, 2006, Jackson executed and delivered a secured promissory note to me in the principal amount of $27,000 as set forth in Exhibit H to the Amended Complaint.

3. The promissory note executed and delivered to me had a maturity date of May 27, 2007.

4. I paid to defendants the principal amount specified in the promissory note.

5. To date, I have not received payment as promised and therefore I am now due and owed the unpaid sum of $27,000, as payment has not been excused.

6. The only reason I decided to invest in this real estate scheme was to earn the extraordinary returns promised in the promissory notes.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 26th day of March 2008 in __Oakland__, California.

/s/ Michelle B. Ren*

_____

Michelle B. Ren

*Plaintiffs' counsel John Claassen hereby attests that he has on file the holograph signature for Michelle B. Ren indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ John Claassen, Esq.
_____
John Claassen, Esq.

**DECLARATION OF MICHELLE B. REN**                                                               C07-06512 JCS

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF MICHELLE B. REN**     **C07-06512 JCS**
**-2-**