1 LAW OFFICE OF JOHN CLAASSEN
  *JOHN CLAASSEN, ESQ. (212954)*
2 2201 BROADWAY, SUITE 803
  OAKLAND, CA 94612
3 TELEPHONE: (510) 251-8010
  FACSIMILE: (510) 868-3398
4 john@claassenlegal.com

5 Attorney for Plaintiffs
  KWOK CHO; THAU LONG; XIAO MIN MA; YAN YUN YU; WAI PAK;
6 MICHELLE B. REN; WENG SHENG WONG; AND WENG K. WONG

7

**UNITED STATES DISTRICT COURT**

8

**NORTHERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| KWOK K. CHO, an individual; THAU LONG, an individual; HAO LONG, an individual; XIAO MIN MA, an individual; YAN YUN YU, an individual; WAI PAK, an individual; MICHELLE B. REN, an individual; WENG SHENG WONG, an individual; and WENG K. WONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MAURICE JACKSON, an individual, and aka RTI and aka REAL TIME INVESTMENTS and aka ECONOMIC RESOURCE SERVICES, REAL TIME INVESTMENTS, LLC, a California limited liability company, ECONOMIC RESOURCE SERVICES, a Nevada corporation, VERNA TAIT, an individual, JACQUELYNE ODOM, aka JACKIE ODOM, an individual, aka JACQUELINE ODOM, MAISHA YVONNE PULLIAM, an individual, aka MAISHA YVONNE JACKSON, ECONOMIC REAL ESTATE SOLUTIONS, INC., a California corporation, and DOES 1 THROUGH 100,<br><br>Defendants. | Case No.: C07-06512 JCS<br><br>**DECLARATION OF YAN YUN YU IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: May 2, 2008<br>Time: 9:30 a.m.<br>Dept: Courtroom A, 15th Floor<br>Before: Honorable Joseph C. Spero |

**DECLARATION OF YAN YUN YU**                                                                                     **C07-06512 JCS**

**DECLARATION OF YAN YUN YU**

I, Yan Yun Yu, declare as follows:

1. I am plaintiff Yan Yun Yu in the above-captioned action. I submit this declaration in support of plaintiffs' motion for partial summary judgment. I have personal knowledge of the facts set forth herein and could and would testify competently thereto if asked to do so.

2. On or around December 5, 2006, Jackson executed and delivered a secured promissory note to me in the principal amount of $130,000 as set forth in Exhibit E to the Amended Complaint in this action.

3. The promissory note executed and delivered to me had a maturity date of April 26, 2007.

4. I paid to defendants the principal amount specified in the promissory note.

5. Plaintiff Xiao Min Ma paid me $20,000 in or around June, 2007, that she received from defendants. To date, I have not received payment as promised for the rest of my investment and therefore am now due and owed the unpaid sum of $110,000, as payment has not been excused.

6. The only reason I decided to invest in this real estate scheme was to earn the extraordinary returns promised in the promissory notes.

7. I agreed to reinvest part of my investment on or around April 14, 2007. It is my understanding that the reinvestment had the same terms as the original investment, except that the investment period was longer.

8. The only reason I decided to reinvest in this real estate scheme was to earn the extraordinary returns promised by the reinvestment. The returns promised by defendants for the reinvestment mirrored the returns defendants promised on the original promissory note issued to me.

**DECLARATION OF YAN YUN YU**                                           **C07-06512 JCS**
-1-

9. I was never paid the unreinvested portion of my investment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 26th day of March 2008 in ___Oakland_____, California.

/s/ Yan Yun Yu*
_____
Yan Yun Yu

*Plaintiffs' counsel John Claassen hereby attests that he has on file the holograph signature for Yan Yun Yu indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ John Claassen, Esq.
_____
John Claassen, Esq.

**DECLARATION OF YAN YUN YU**                                                                                   **C07-06512 JCS**
**-2-**