1  LAW OFFICE OF JOHN CLAASSEN
   *JOHN CLAASSEN, ESQ. (212954)*
2  2201 BROADWAY, SUITE 803
   OAKLAND, CA 94612
3  TELEPHONE:  (510) 251-8010
   FACSIMILE:  (510) 868-3398
4  john@claassenlegal.com

5  Attorney for Plaintiffs
   KWOK CHO; THAU LONG; XIAO MIN MA; YAN YUN YU; WAI PAK;
6  MICHELLE B. REN; WENG SHENG WONG; AND WENG K. WONG

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KWOK K. CHO, an individual; THAU LONG, an individual; HAO LONG, an individual; XIAO MIN MA, an individual; YAN YUN YU, an individual; WAI PAK, an individual; MICHELLE B. REN, an individual; WENG SHENG WONG, an individual; and WENG K. WONG, an individual,<br><br>   Plaintiffs,<br><br>   v.<br><br>MAURICE JACKSON, an individual, and aka RTI and aka REAL TIME INVESTMENTS and aka ECONOMIC RESOURCE SERVICES, REAL TIME INVESTMENTS, LLC, a California limited liability company, ECONOMIC RESOURCE SERVICES, a Nevada corporation, VERNA TAIT, an individual, JACQUELYNE ODOM, aka JACKIE ODOM, an individual, aka JACQUELINE ODOM, MAISHA YVONNE PULLIAM, an individual, aka MAISHA YVONNE JACKSON, ECONOMIC REAL ESTATE SOLUTIONS, INC., a California corporation, and DOES 1 THROUGH 100,<br><br>   Defendants. | Case No.:  C07-06512 JCS<br><br>**DECLARATION OF KWOK K. CHO IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (F.R.C.P. 56(a))**<br><br>**Date: May 2, 2008**<br>**Time: 9:30 a.m.**<br>**Dept: Courtroom A, 15th Floor**<br>**Before: Honorable Joseph C. Spero** |

**DECLARATION OF KWOK K. CHO**                                                         **C07-06512 JCS**

## DECLARATION OF KWOK K. CHO

I, Kwok K. Cho, declare as follows:

1. I am Plaintiff Kwok K. Cho in the above-captioned action. I submit this declaration in support of plaintiffs' motion for partial summary judgment. I have personal knowledge of the facts set forth herein and could and would testify competently thereto if asked to do so.

2. On or around December 8, 2006, Jackson executed and delivered a secured promissory note to me in the principal amount of $200,000 as set forth in Exhibit G to the Amended Complaint.

3. The promissory note executed and delivered to me had a maturity date of May 4, 2007.

4. I paid to defendants the principal amount specified in the promissory note.

5. To date, I have not received payment as promised and therefore I am now due and owed the unpaid sum of $200,000, as payment has not been excused.

6. After I invested, defendant Verna Tait ("Tait") sent me a letter regarding my investment options. She held herself out as President of Real Time Investments. Attached hereto as Exhibit A is a true and correct copy of this letter. The letter was sent in the mail to my address in Oregon, where I reside.

7. At the time of my investment, Tait executed an agreement entitled "Terms and Agreement for RTI Investors." I also signed this document. Attached hereto as Exhibit B is a true and correct copy of this document.

//

//

//

8.     The only reason I decided to invest in this real estate scheme was to earn the extraordinary returns promised in the promissory notes.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 26th day of March 2008 in ____Bend_____, Oregon.

/s/ Kwok K. Cho*
_____
Kwok K. Cho

*Plaintiffs' counsel John Claassen hereby attests that he has on file the holograph signature for Kwok K. Cho indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ John Claassen, Esq.
_____
John Claassen, Esq.

**DECLARATION OF KWOK K. CHO**                                                           **C07-06512 JCS**
-2-