# EXHIBIT A



...like clockwork

Dear ___KWOK K. CHO___,

We hope that this note finds you in good health and spirits. We are sending you this letter as your payout date will be approaching, and we wanted to get a head-start on processing your paperwork.

Enclosed is a copy of your **Notarized Promissory Note.** Please sign, date and return to us within <u>**5 business days**</u>. Also, enclosed is our **Investment Maturity Options** forms that we would like you to complete and return to us in the paid postage, return envelope. There are several options for you to choose from so that you may continue to reach your financial goals.

Should you decide not to choose a payout option at this time, we have also included a **Disclosure Option** form. This form says that you understand that if RTi does not receive an **Investment Maturity Options** form by the date below, we reserve the right to roll your Initial Investment and Return on Investment for an additional 6 (six) months.

We understand that this is an important decision and would like to thank you in advance for your cooperation in returning your forms on or before __October 15, 2007__. If you have any questions or concerns, please feel free to contact Lissa at 510.464.2998 or 510.759.1565.

Note: Please make a copy of all documents for your personal records.

Sincerely,

*Verna Tait*
Verna Tait
President

440 Grand Avenue, Suite 110 . Oakland, CA 94610

510.282.4270 office . 510.763.1431 facsimile