1  LAW OFFICE OF JOHN CLAASSEN
   *JOHN CLAASSEN, ESQ. (212954)*
2  2201 BROADWAY, SUITE 803
   OAKLAND, CA 94612
3  TELEPHONE:  (510) 251-8010
   FACSIMILE:  (510) 868-3398
4  john@claassenlegal.com

5  Attorney for Plaintiffs
   KWOK CHO; THAU LONG; XIAO MIN MA; YAN YUN YU; WAI PAK;
6  MICHELLE B. REN; WENG SHENG WONG; AND WENG K. WONG

7

**UNITED STATES DISTRICT COURT**

8

**NORTHERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| KWOK K. CHO, an individual; THAU LONG, an individual; HAO LONG, an individual; XIAO MIN MA, an individual; YAN YUN YU, an individual; WAI PAK, an individual; MICHELLE B. REN, an individual; WENG SHENG WONG, an individual; and WENG K. WONG, an individual,<br><br>      Plaintiffs,<br><br>    v.<br><br>MAURICE JACKSON, an individual, and aka RTI and aka REAL TIME INVESTMENTS and aka ECONOMIC RESOURCE SERVICES, REAL TIME INVESTMENTS, LLC, a California limited liability company, ECONOMIC RESOURCE SERVICES, a Nevada corporation, VERNA TAIT, an individual, JACQUELYNE ODOM, aka JACKIE ODOM, an individual, aka JACQUELINE ODOM, MAISHA YVONNE PULLIAM, an individual, aka MAISHA YVONNE JACKSON, ECONOMIC REAL ESTATE SOLUTIONS, INC., a California corporation, and DOES 1 THROUGH 100,<br><br>      Defendants. | Case No.: C07-06512 JCS<br><br>**DECLARATION OF WENG K. WONG IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Date: May 2, 2008**<br>**Time: 9:30 a.m.**<br>**Dept: Courtroom A, 15th Floor**<br>**Before: Honorable Joseph C. Spero** |

**DECLARATION OF WENG K. WONG**                                                              **C07-06512 JCS**

# DECLARATION OF WENG K. WONG

I, Weng K. Wong, declare as follows:

1. I am Plaintiff Weng K. Wong in the above-captioned action. I submit this declaration in support of plaintiffs' motion for partial summary judgment. I have personal knowledge of the facts set forth herein and could and would testify competently thereto if asked to do so.

2. On or around February 12, 2007, Jackson executed and delivered a secured promissory note to me in the amount of $190,000 as set forth in Exhibit J to the Amended Complaint.

3. The promissory note executed and delivered to me had a maturity date of July 5, 2007.

4. I paid to defendants the principal amount specified in the promissory note.

5. To date, I have not received payment as promised and therefore I am now due and owed the unpaid sum of $190,000, as payment has not been excused.

6. After I invested, defendant Verna Tait ("Tait") sent me a letter regarding my investment options. She held herself out as President of Real Time Investments. Attached hereto as Exhibit A is a true and correct copy of this letter. The letter was sent in the United States Mail.

7. The only reason I decided to invest in this real estate scheme was to earn the extraordinary returns promised in the promissory notes.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this _26th_ day of March 2008 in __Oakland_____, California.

/s/ Weng K. Wong*
_____
Weng K. Wong

*Plaintiffs' counsel John Claassen hereby attests that he has on file the holograph signature for Weng K. Wong indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ John Claassen, Esq.
_____
John Claassen, Esq.

**DECLARATION OF WENG K. WONG**                                            **C07-06512 JCS**
-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF WENG K. WONG**    **C07-06512 JCS**
-2-