# EXHIBIT A



loans
investments
real estate

440 GRAND AVE., SUITE 110
OAKLAND, CA 94610

APRIL 28, 2006

IN REGARDS TO: XIAO MIN MA

TO WHOM IT MAY CONCERN:

THIS LETTER IS TO VERIFY THAT XIAO MIN MA IS AN EMPLOYEE AT ECONOMIC REAL ESTATE SOLUTIONS. SHE BEGAN HER EMPLOYMENT WITH US MARCH 13, 2005 AND HER MONTHLY COMPENSATION IS $4000. PLEASE DO NOT HESITATE TO CALL ME IF YOU HAVE ANY QUESTIONS OR CONCERNS. I CAN BE REACHED AT 510-287-8408.

SINCERELY,

ALEXIS SMITH
EXECUTIVE ASSISTANT
ECONOMIC REAL ESTATE SOLUTIONS
ALS