# EXHIBIT B

From: *Verna Tait <rtiinvestments@hotmail.com>*
To: *Anthony Summers <impactpastor@comcast.net>, Carlton Vincent<sendit2mesoon@aol.com>, Cherysse Calhoun <cmail4me@aol.com>, Damon Wilson<damon-wilson@sbcglobal.net>, Del Lyles <dellyles@sbcglobal.net>, Deon Strother <deonstrother@yahoo.com>, E-Van Hadden <hadden1@yahoo.com>, Frank & Sonya Hancock <hancocksric@comcast.net>, Gwendolyn Mitchell<gwen.mitchell@comcast.net>, Herman Raven <alleneraven@yahoo.com>, Lafayette & Kim Shelton <sheltonlk0829@msn.com>, Larru Mallory <tmallory1@comcast.net>,Linda Carrier <bellecreo@aol.com>, Paul Patterson <pacal117@yahoo.com>,Ramona Houston <laneen98@yahoo.com>, Ron Jones <ronjones@gmail.com>, Sharon & John McGaffie <smcgaffie@sheltonsprimary.net>, Uveli/Mia Haynes<mmitchell@beyerlaw.com>, Xiao Min Ma <xiaominm@hotmail.com>, Charles Jones III <charlesjonesiii@hotmail.com>, "J.A. Group" <thealexander@sbcuc.net>,Kerry Morning <kerrymorning@pacbell.net>, Nelly Simon<nelidouyere@hotmail.com>, Oliver Newell <olivernewell95@hotmail.com>, Ruth Willis <ruthwillis510@aim.com>, William Coleman <williamii1@comcast.net>,Derrick Gardner <derrickgardner@gmail.com>*
Subject: *RTi Meeting/July 6, 2007*
Date: *Fri, 6 Jul 2007 15:59:36 -0600*

Greetings All,

We hope this email finds you healthy and in good spirits. We would like to express out gratitude to you for your patience and support during this time of transition. We are very positive and are consistently forging ahead.

We would like to invite you to a meeting you with updated information and to address any questions or concerns that you may have. The meeting will be held on Thursday, July 12, 2007 at 7:00 pm at 440 Grand Avenue, Suite 110 in Oakland, Ca. Please forward all of your questions to email address ████████████████ by end of day Tuesday, July 10, 2007. An agenda will be forwarded to you by close of business Wednesday, July 11, 2007.

Please confirm your attendance by replying to the above email address. We look forward to seeing you.

RTi Staff
510-