# EXHIBIT D



**Real Time Investments**

*Your financial freedom begins with Rti!*

# Rti

**Loans    Real Estate    Investments**