# Who Are We?

Real Time Investments (Rti) is an investment group that provides a broad range of investment services for private investors and small businesses. Originating in 1998, Rti has helped more than 1,100 clients achieve their financial goals

# Why Invest With Rti?

Rti has developed a unique and creative way to create sustaining returns on your investment

We utilize a variety of real estate channels to produce high growth returns on investments