# Payout Options

## Example

Initial investment = $50,000

ROI = $15,000

Total Initial + ROI = $65,000

For the first 6 months the maximum payout amount will be 50% of your total balance

Payout = $32,250

# How Do I Get Started Now?

- Attend one of our investment seminars and meet with one of our advisors
- Set a follow-up appointment with an advisor and/or a principal within the firm
- Begin with an initial investment of