# Options For Starting Later

→ **Financial Freedom**

→ **Assets**

→ **Credit Worthiness**

Rti has developed an alternative financial readiness program. This program has been designed to help potential investors who are working on their financial solvency

We offer:



And more......

# Payout Options

## For The First 6 months

Once your investment has fully matured, as so stated by the maturity date on your contract, you will have the following options

1. A lump sum payment of any amount. (Not to exceed 50% of your total balance)

2. A complete rollover – Initial + ROI for 6 months @ 30%