# Payout Options

## For The Second 6 months

Once your investment has fully matured, as so stated by the maturity date on your contract, you will have the following options

1. A lump sum payment of your initial investment plus your ROI.

2. Any dollar amount that does not exceed your initial investment amount plus ROI

# Investment Sample

## Using $100K

$100k for an initial 6 month investment

= $30,000 ROI

$100k + $30,000

= $130,000

Total investment + ROI