# EXHIBIT E



## Terms and Agreement for RTi Investors

The purpose of this document is to summarize the terms and agreements between Real Time Investment ("RTi") investors and RTi investment Group. It will serve as a supplemental document to the Promissory Note and/or the Security Agreement that is issued at the time of partnering with RTi.

### Promissory Note and/or Security Agreement

1. Monies received between the 10th and 25th will be issued a promissory note and/or security agreement on the 1st of the month. This timeframe does not include the seven day check clearing grace period.
2. Monies received between the 25th and 10th will be issued a promissory note and/or security agreement on the 15th of the month. This timeframe does not include the seven day check clearing grace period.
3. RTi will inform the client that the promissory note and/or security agreement is ready for pick-up.
4. Executed promissory notes and/or security agreements will be distributed at the RTi office or through the United States Postal Service.
5. The financial components of the promissory note and/or security agreement will not be amended or revised during the investment period. Any other modifications to the promissory note and/or security agreement will be addressed on an as needed basis.

### Maturation Period

1. RTi investments are tied to time. Monthly, quarterly and/or bi–yearly reports will not be provided during the maturation period.
2. RTi will not solicit contact with the client regarding the status of their investment during the maturation period. However, we may periodically provide courtesy letters and/or calls.
3. RTi is available to provide on going financial advice for clients.

### Process for Disbursements

1. Utilizing the grace period stated on the promissory note and/or security agreement, client's monies will be available for disbursement between the maturity date and the extension of the grace period.

2. If the client chooses to leave a balance, a new promissory note and/or security agreement will be re issued and the start date will be the same as the maturity date of the original contract. A staggered disbursement date will not effect the start date of the new promissory note and/or security agreement.

By signing this agreement you are confirming that you understand and agree to the terms of this investment relationship.

Verna Tait _____Verna L Tait_____ Date __4.11.07__

Investor _____Xiao Min Ma_____ Date __4/14/07__

XIAO MIN MA
APRIL 26, 2007 – APRIL 26, 2008
#374

Confidential