**RTi REAL TIME INVESTMENTS**
440 [...] Ave
Oakland, CA 94610

## RTi INVESTOR INFORMATION

| | |
|---|---|
| DATE: Oct. 19, 2006 | |
| LAST NAME: Ma | FIRST NAME: Xiao Min |
| BENEFICIARY LAST NAME: Lu | BENEFICIARY FIRST NAME: Yao Yun |
| ADDRESS: 115 25th St. | |
| CITY: Richmond | STATE: CA | ZIP CODE: 94804 |
| DAYTIME PHONE: 510.206.0584 | EVENING PHONE: 510.206.0584 |
| EMAIL: | REFERRED BY: |

--- FOR OFFICE USE ONLY ---

| | |
|---|---|
| DATE OF INVESTMENT: Oct. 26, 2006 | INVESTMENT TERM: 6 MONTHS |
| INITIAL INVESTMENT: 200,000.— | RETURN ON INVESTMENT: 30% |
| SECURED / UNSECURED (please circle one) [UNSECURED circled] | SECURITY PROPERTY: |
| PAYOUT DATE: Apr. 26, 2006 | FULL WITHDRAWL / ROLLOVER (please circle one) |
| PAYOUT AMOUNT: | ROLLOVER AMOUNT: |
| ROLLOVER INVESTMENT TERM: | MONTHLY ANNUITY: |

### AGREEMENT

I, Verna Tatt, am in receipt of $ 200,000.—

from Xiao Min Ma for an investment of 6 months

with Maurice Jackson.

Signed: Verna Tatt        Date: Oct. 19, 2006

Signed: Xiao Min Ma       Date: 10/19/2006