# EXHIBIT G

DATE: *March 24, 2006* INVESTOR INFORMATION

LAST NAME: *Wong*
*Ma*

FIRST NAME: *Weng Sheng*
*Xiao Min*

ADDRESS: *2025 Shattuck Ave*

CITY: *~~Ana~~ Berk*  STATE: *Ca.*  ZIP:

DAYTIME PHONE: *510 418 4888*

EVENING PHONE: *510 418 4888*

EMAIL:

REFERRED BY: *Verna / Min Min*

---

FOR OFFICE USE ONLY:

DATE OF INVESTMENT: *March 31, 2006*

INVESTMENT TERM: *6 mos.*

INITIAL INVESTMENT: *20,000.—*

RETURN ON INVESTMENT: *50%*

SECURED / UNSECURED (please circle)

SECURITY PROPERTY:

PAYOUT DATE: *Sept. 31, 2006*

PAYOUT AMT:

FULL WITHDRAWAL / ROLLOVER (please cirlce)

ROLLOVER AMT:

ROLLOVER INVESTMENT TERM:

MONTHLY ANNUITY:

---

I, *VERNA Tait*, am in receipt of $ *20,000.—*

from *Xiao Min Ma* for an investment of *6 months*
*for Weng Sheng Wong.*

with Maurice Jackson.

X *Verna Tait*

X *Xiao Min Ma for Weng Sheng Wong*

---

NAME _____  NO. _____

ACCOUNT NO. _____

DATE *03/24/2006*   16-395/1222

PAY TO THE ORDER OF *Maurice Jackson*   $ *20,000.00*

*Twenty Thousand & 00/100* ——————  DOLLARS

CATHAY BANK
3254 Pierce St., #D-101, Richmond, CA 94804
1-800-9-CATHAY

FOR _____   *Wong Sheng Wong*

⑈122203950⑈ 070900322⑈ 23