# EXHIBIT H

Case 3:07-cv-06512-JCS   Document 37-14   Filed 03/27/2008   Page 1 of 2


110 GRAND AVENUE SUITE 110
OAKLAND, CA 94610

| DATE: | RTi INVESTOR INFORMATION |
|---|---|
| LAST NAME | FIRST NAME |
| BENEFICIARY LAST NAME | BENEFICIARY FIRST NAME |
| ADDRESS | |
| CITY | STATE | ZIP CODE |
| DAYTIME PHONE | EVENING PHONE |
| EMAIL | REFERRED BY |

=== FOR OFFICE USE ONLY ===

| DATE OF INVESTMENT | INVESTMENT TERM |
|---|---|
| INITIAL INVESTMENT | RETURN ON INVESTMENT |
| SECURED / UNSECURED (please circle one) | SECURITY PROPERTY |
| PAYOUT DATE | FULL WITHDRAWL / ROLLOVER (please circle one) |
| PAYOUT AMOUNT | ROLLOVER AMOUNT |
| ROLLOVER INVESTMENT TERM | MONTHLY ANNUITY |

## AGREEMENT

I, _____ am in receipt of $ _____

from _____ for an investment of _____

with Maurice Jackson.

Signed: _____    Date: _____

Signed: _____    Date: _____