# EXHIBIT I

**RTi** REAL TIME INVESTMENTS
3029 BROADWAY AVENUE SUITE 110
OAKLAND, CA 94610

**RTi INVESTOR INFORMATION**

DATE: Nov. 20, 2006

| | |
|---|---|
| LAST NAME: Pak | FIRST NAME: Wai |
| BENEFICIARY LAST NAME: n/a | BENEFICIARY FIRST NAME: Xiao Min |
| ADDRESS: 175 25th St. | |
| CITY: Richmond | STATE: Ca. | ZIP CODE: 94804 |
| DAYTIME PHONE: 510.206.0581 | EVENING PHONE: 510.206.0584 |
| EMAIL: | REFERRED BY: Verna Tymin Min |

---

### FOR OFFICE USE ONLY

| | |
|---|---|
| DATE OF INVESTMENT: Nov. 27, 2006 | INVESTMENT TERM: 6 months |
| INITIAL INVESTMENT: 97,150 | RETURN ON INVESTMENT: 50% |
| (SECURED) / UNSECURED (please circle one) | SECURITY PROPERTY: |
| PAYOUT DATE: May 27, 2007 | FULL WITHDRAWL / ROLLOVER (please circle one) |
| PAYOUT AMOUNT: | ROLLOVER AMOUNT: |
| ROLLOVER INVESTMENT TERM: | MONTHLY ANNUITY: |

---

### AGREEMENT

I, Verna Tait , am in receipt of $ 97,150

from Xiao Min Ma for an investment of 6 months

with Maurice Jackson.

Signed: Verna Tait          Date: Nov. 20, 2006

Signed: _____          Date: _____