**RTi INVESTOR INFORMATION**

440 GRA_ AVENUE SUITE 110
_____, CA 94610

| | |
|---|---|
| DATE: | Nov. 20, 2006 |
| LAST NAME: Fen | FIRST NAME: Michelle D. |
| BENEFICIARY LAST NAME: Ma | BENEFICIARY FIRST NAME: Xiao Min |
| ADDRESS: | 175 25th St. |
| CITY: Richmond | STATE: Ca. | ZIP CODE: 94804 |
| DAYTIME PHONE: 510.206.0584 | EVENING PHONE: 510.206.0584 |
| EMAIL: | REFERRED BY: Verna / Min Min |

— FOR OFFICE USE ONLY —

| | |
|---|---|
| DATE OF INVESTMENT: Nov. 27, 2006 | INVESTMENT TERM: 6 months |
| INITIAL INVESTMENT: 27,000.— | RETURN ON INVESTMENT: 50% |
| SECURED / UNSECURED (please circle one) | SECURITY PROPERTY: |
| PAYOUT DATE: May 27, 2007 | FULL WITHDRAWL / ROLLOVER (please circle one) |
| PAYOUT AMOUNT: | ROLLOVER AMOUNT: |
| ROLLOVER INVESTMENT TERM: | MONTHLY ANNUITY: |

**AGREEMENT**

I, __Verna Tait__, am in receipt of $ __27,000.—__

from __Xiao Min Ma__ for an investment of __6 months__

with Maurice Jackson.

Signed: __Verna Tait__    Date: __Nov. 20, 2006__

Signed: _____    Date: __11/20/06__