1  LAW OFFICE OF JOHN CLAASSEN
   *JOHN CLAASSEN, ESQ. (212954)*
2  2201 BROADWAY, SUITE 803
   OAKLAND, CA 94612
3  TELEPHONE: (510) 251-8010
   FACSIMILE: (510) 868-3398
4  john@claassenlegal.com

5  Attorney for Plaintiffs
   KWOK CHO; THAU LONG; XIAO MIN MA; YAN YUN YU; WAI PAK;
6  MICHELLE B. REN; WENG SHENG WONG; AND WENG K. WONG

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9

10 KWOK K. CHO, an individual; THAU           )   Case No.: C07-06512 JCS
   LONG, an individual; HAO LONG, an          )
11 individual; XIAO MIN MA, an individual;    )
   YAN YUN YU, an individual; WAI PAK, an     )   **DECLARATION OF WENG**
12 individual; MICHELLE B. REN, an            )   **SHENG WONG IN SUPPORT OF**
   individual; WENG SHENG WONG, an            )   **PLAINTIFFS' MOTION FOR**
13 individual; and WENG K. WONG, an           )   **PARTIAL SUMMARY JUDGMENT**
   individual,                                )
14                                            )
                                              )
15         Plaintiffs,                        )
                                              )   **Date: May 2, 2008**
16    v.                                      )   **Time: 9:30 a.m.**
                                              )   **Dept: Courtroom A, 15th Floor**
17                                            )   **Before: Honorable Joseph C. Spero**
   MAURICE JACKSON, an individual, and        )
18 aka RTI and aka REAL TIME                  )
   INVESTMENTS and aka ECONOMIC               )
19 RESOURCE SERVICES, REAL TIME               )
   INVESTMENTS, LLC, a California limited     )
20 liability company, ECONOMIC RESOURCE       )
   SERVICES, a Nevada corporation, VERNA      )
21 TAIT, an individual, JACQUELYNE            )
   ODOM, aka JACKIE ODOM, an individual,      )
22 aka JACQUELINE ODOM, MAISHA                )
   YVONNE PULLIAM, an individual, aka         )
23 MAISHA YVONNE JACKSON,                     )
   ECONOMIC REAL ESTATE SOLUTIONS,            )
24 INC., a California corporation, and DOES 1 )
   THROUGH 100,                               )
25                                            )
                                              )
26         Defendants.                        )
                                              )
27
28

**DECLARATION OF WENG SHENG WONG**                           **C07-06512 JCS**

## DECLARATION OF WENG SHENG WONG

I, Weng Sheng Wong, declare as follows:

1. I am plaintiff Weng Sheng Wong in the above-captioned action. I submit this declaration in support of plaintiffs' motion for partial summary judgment. I have personal knowledge of the facts set forth herein and could and would testify competently thereto if asked to do so.

2. On or around January 26, 2007, Jackson executed and delivered a secured promissory note to me in the principal amount of $40,000 as set forth in Exhibit I to the Amended Complaint.

3. The promissory note executed and delivered to me had a maturity date of May 27, 2007.

4. I paid to defendants the principal amount specified in the promissory note.

5. To date, I have not received payment as promised and therefore I am now due and owed the unpaid sum of $40,000, as payment has not been excused.

6. On or around March 15, 2007, Verna Tait, on behalf of defendants, executed and delivered a document to me pursuant to which she accepted the sum of $120,000 in exchange for the promise to deliver a promissory note to me in the principal amount of $120,000. This document is set forth in Exhibit K to the Amended Complaint.

7. The investment was to have a period of six months with a maturity date of on or around September 22, 2007. Attached hereto as Exhibit A is a true and correct copy of a document Verna Tait executed on behalf of defendants at the time of my investment. I too signed the document.

8. I paid to Jackson and Tait the principal amount specified for the investment.

9. To date, I have not received payment as promised and therefore am now due and owed the unpaid sum of $120,000, as payment has not been excused.

10. After I invested, defendant Verna Tait ("Tait") sent me a letter regarding my investment options. She held herself out as President of Real Time Investments. Attached hereto as <u>Exhibit B</u> is a true and correct copy of this letter. The letter was sent in the mail.

11. At the time of my March 15, 2007 investment, defendant Verna Tait ("Tait") executed an agreement entitled "Terms and Agreement for RTI Investors." I also signed this document. Attached hereto as <u>Exhibit C</u> is a true and correct copy of this document.

12. The only reason I decided to make the investments described above was in the expectation of receiving the extraordinary returns promised in the promissory notes.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this _26th_ day of March 2008 in __Oakland_____, California.

/s/ Weng Sheng Wong*
_____
Weng Sheng Wong

*Plaintiffs' counsel John Claassen hereby attests that he has on file the holograph signature for Weng Sheng Wong indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ John Claassen, Esq.
_____
John Claassen, Esq.