# EXHIBIT A



# INVESTMENT MATURITY OPTIONS

According to our agreement dated **MARCH 22, 2007** your investment in the amount of **$120,000** will mature on **SEPTEMABER 22, 2007**. The return on investment ("ROI") is **$180,000**. This form will provide the terms and conditions pertaining to the disbursement and/or continued management of your investment.

## Terms & Conditions

RTi exercises a thirty day disbursement grace period commencing on the maturity date and extending thirty days. Clients' monies will be disbursed within 30 days from their maturity date through the extension of the grace period.

This form must be completed and returned **60 DAYS PRIOR TO THE MATURITY DATE OF YOUR INVESTMENT** {ie: Investment matures on December 1st thus; all documents must be received by the RTi office not later that October 1st}

When your investment has fully matured, as so stated by the maturity date on your contract, you have several disbursement options:
(Please only check one)

### Option 1

☐ **FULL REINVESTMENT** (II & ROI) Roll over the II and ROI

Rollover Term

6 month term _____     12 month term _____

### Option 2

☐ **PARTIAL REINVESTMENT**

Reinvestment Amount $

**Disbursal Amount $**

☐ Monthly Annuity (available on the 20th of the month)

☐ Lump Sum

Confidential                                                                                                                1