Reinvestment Term

6 month term _____    12 month term _____

## INVESTMENT MATURITY OPTIONS (CONT'D)

### Option 3

[X]  **FULL DISBURSEMENT** (II & ROI)

[X]  Lump Sum

[ ]  Monthly Annuity (available on the 20th of the month)

This document confirms your RTi investment disbursement option.

Client _Alvenia Stong Wong_  Date _3/15/07_

**ALVENIA & RICHARD WIDEMAN**