2. If the client chooses to leave a balance, a new promissory note and/or security agreement will be re issued and the start date will be the same as the maturity date of the original contract. A staggered disbursement date will not effect the start date of the new promissory note and/or security agreement.

By signing this agreement you are confirming that you understand and agree to the terms of this investment relationship.

Verna Tait _____*Verna Tait*_____ Date 3.15.07

Investor _____*Weng Sheng Wong*_____ Date 3/15/07
WENG SHENG WONG