1  VERNON C. GOINS II (SBN 195461)
   BRIAN K. HILLIARD (SBN 244193)
2  TAYLOR, GOINS & STALLWORTH LLP
   1330 Broadway, Suite 1701
3  Oakland, CA 94612
   Telephone:      (510) 893-9465
4  Facsimile:      (510) 893-4228

5
   Attorneys for Defendants
6  MAURICE JACKSON and VERNA TAIT

7                 **UNITED STATES DISTRICT COURT**

8                **NORTHERN DISTRICT OF CALIFORNIA**

9

10 KWOK K. CHO, an individual, THAU LONG, ) No.   C 07-06512 JCS
   an individual; HAO LONG, an individual,   )
11 XIAO MIN MA, an individual; YAN YUN      ) **DEFENDANT MAURICE JACKSON AND**
   YU, an individual; WAI PAK, an individual; ) **VERNA TAIT'S INITIAL DISCLOSURE**
12 MICHELLE B. REN, an individual; WENG     ) **PURSUANT TO FEDERAL RULE OF**
   SHENG WONG and WENG K. WONG, an         ) **CIVIL PROCEDURE SECTION 26(f)**
13 individual                                )
                                             )
14              Plaintiffs,                   )
                                             )
15      vs.                                   )
                                             )
16 MAURICE JACKSON, an individual, and aka )
   RTI & aka REAL TIME INVESTMENTS and )
17 aka ECONOMIC RESOURCE SERVICES,         )
   REAL TIME INVESTMENTS LLC, a            )
18 California limited liability company,       )
   ECONOMIC RESOURCE SERVICES, a          )
19 Nevada corporation, VERNA TAIT, an       )
   individual, JACQUELYNE ODOM aka         )
20 JACKIE ODOM, MAISHA YVONNE             )
   PULLIAM, an individual aka MAISHA        )
21 YVONNE JACKSON, ECONOMIC REAL          )
   ESTATE SOLUTIONS, INC. a California       )
22 corporation, and DOES 1 THROUGH 100,     )
                                             )
23              Defendants.                   )
   _____

24

25

1    Pursuant to FRCP Rule 26(f), MAURICE JACKSON, an individual, and VERNA TAIT,

2    an individual ("defendants") in the above-entitled action hereby submit the following initial

3    disclosure:

4    1.   Potential Witnesses

5    (a)   Potential witnesses have not been discussed between the parties.

6    We are in the process of determining all of the parties involved.  This case is not at issue.

7    2.   Potential Documents

8    (a)   Documents relating to plaintiffs' promissory notes attached to the

9    complaint;

10   (b)   Documents relating to the defendants' management, operation and control

11   of the investment business known as Real Time Investments ("RTI").

12   (c)   Documents relating to any profits or losses of RTI;

13   (d)   Additional documents related to the Promissory Notes purportedly

14   executed by plaintiffs and defendants;

15   3.   Damages and Computation:

16    Plaintiffs contend that they have been damaged in an amount equal to $10,000,000.

17   Defendants contend that plaintiffs assumed the risk when making the investments as described in

18   the complaint and are entitled to nothing.  Defendants' counsel shall meet and confer with

19   plaintiffs' counsel to determine the damages associated with the Promissory Notes.

20   4.   Additional Matters:

21    A petition for involuntary bankruptcy has been filed against Maurice Jackson by

22   several non parties to this action.  Defendants' counsel maintains that this serves as an automatic

23   ///

24

25

_____
**DEFENDANTS MAURICE JACKSON AND VERNA TAIT'S INITIAL DISCLOSURE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE SECTION 26(f)**
(CASE NO. C 07-06512 JCS)

1  stay of this action against him.

2

3  Dated: March 28, 2008                              TAYLOR, GOINS & STALLWORTH LLP

4

5                                                     s/Vernon C. Goins
                                                      VERNON C. GOINS
6                                                     Attorneys for Defendants
                                                      MAURICE JACKSON
7                                                     and VERNA TAIT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

_____
**DEFENDANTS MAURICE JACKSON AND VERNA TAIT'S INITIAL DISCLOSURE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE SECTION 26(f)**
(CASE NO. C 07-06512 JCS)