1 | LAW OFFICE OF JOHN CLAASSEN
*JOHN CLAASSEN, ESQ. (212954)*
2 | 2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
3 | TELEPHONE: (510) 251-8010
FACSIMILE: (510) 868-3398
4 | john@claassenlegal.com

5 | Attorneys for Plaintiffs
KWOK CHO; THAU LONG; XIAO MIN MA; YAN YUN YU; WAI PAK;
6 | MICHELLE B. REN; WENG SHENG WONG; AND WENG K. WONG

7

## UNITED STATES DISTRICT COURT

8

## NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| KWOK K. CHO, an individual; THAU LONG, an individual; HAO LONG, an individual; XIAO MIN MA, an individual; YAN YUN YU, an individual; WAI PAK, an individual; MICHELLE B. REN, an individual; WENG SHENG WONG, an individual; and WENG K. WONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MAURICE JACKSON, an individual, and aka RTI and aka REAL TIME INVESTMENTS and aka ECONOMIC RESOURCE SERVICES, REAL TIME INVESTMENTS, LLC, a California limited liability company, ECONOMIC RESOURCE SERVICES, a Nevada corporation, VERNA TAIT, an individual, JACQUELYNE ODOM, aka JACKIE ODOM, an individual, aka JACQUELINE ODOM, MAISHA YVONNE PULLIAM, an individual, aka MAISHA YVONNE JACKSON, ECONOMIC REAL ESTATE SOLUTIONS, INC., a California corporation, and DOES 1 THROUGH 100,<br><br>Defendants. | Case No.: C07-06512 JCS<br><br>**CERTIFICATE OF INTERESTED PERSONS OR ENTITIES** |

**CERTIFICATE OF INTERESTED
ENTITIES OR PERSONS**                                                                                      **C07-06512 JCS**

## **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Plaintiffs Kwok Cho, Hao Long, Xiao Min Ma, Yan Yun Yu, Wai Pak, Michelle B. Ren, Weng Sheng Wong, and Weng K. Wong hereby submit this certificate of interested entities or persons pursuant to Local Rule 3-16.

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: March 28, 2008                                          Respectfully Submitted,

/s/ John Claassen

_____
John Claassen (SBN 212954)
2201 Broadway, Suite 803
Oakland, CA  94612
Telephone: 510-251-8010
Facsimile: 510-868-3398

john@claassenlegal.com