LAW OFFICE OF JOHN CLAASSEN
*JOHN CLAASSEN, ESQ. (212954)*
2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
TELEPHONE: (510) 251-8010
FACSIMILE: (510) 868-3398
john@claassenlegal.com

Attorney for Plaintiffs
KWOK CHO; THAU LONG; XIAO MIN MA; YAN YUN YU; WAI PAK;
MICHELLE B. REN; WENG SHENG WONG; AND WENG K. WONG

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KWOK K. CHO, an individual; THAU LONG, an individual; HAO LONG, an individual; XIAO MIN MA, an individual; YAN YUN YU, an individual; WAI PAK, an individual; MICHELLE B. REN, an individual; WENG SHENG WONG, an individual; and WENG K. WONG, an individual,<br><br>             Plaintiffs,<br><br>      v.<br><br>MAURICE JACKSON, an individual, and aka RTI and aka REAL TIME INVESTMENTS and aka ECONOMIC RESOURCE SERVICES, REAL TIME INVESTMENTS, LLC, a California limited liability company, ECONOMIC RESOURCE SERVICES, a Nevada corporation, VERNA TAIT, an individual, JACQUELYNE ODOM, aka JACKIE ODOM, an individual, aka JACQUELINE ODOM, MAISHA YVONNE PULLIAM, an individual, aka MAISHA YVONNE JACKSON, ECONOMIC REAL ESTATE SOLUTIONS, INC., a California corporation, and DOES 1 THROUGH 100,<br><br>             Defendants. | Case No.: C07-06512 JCS<br><br>**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26** |

**PLAINTIFFS' INITIAL DISCLOSURES
PURSUANT TO FRCP 26**                                                                         **C07-06512 JCS**

Plaintiffs provide this initial disclosure pursuant to Federal Rule of Civil Procedure 26(a)(1).

**1. Individuals likely to have discoverable information that may be used to support Plaintiffs' claims:**

Plaintiffs' initial disclosure is made without the benefit of any discovery, and Plaintiff therefore reserves the right to amend its disclosures to add additional witnesses.

a. Thau Long
   c/o Law Office of John Claassen
   2201 Broadway, Suite 803
   Oakland, CA  94612
   (510) 251-8010

   Information includes full knowledge of Plaintiffs' claims against Defendants.

b. Hao Long
   c/o Law Office of John Claassen
   2201 Broadway, Suite 803
   Oakland, CA  94612
   (510) 251-8010

   Information includes full knowledge of Plaintiffs' claims against Defendants.

c. Kwok Cho
   c/o Law Office of John Claassen
   2201 Broadway, Suite 803
   Oakland, CA  94612
   (510) 251-8010

   Information includes full knowledge of Plaintiffs' claims against Defendants.

d. Xiao Min Ma
   c/o Law Office of John Claassen
   2201 Broadway, Suite 803
   Oakland, CA  94612
   (510) 251-8010

   Information includes full knowledge of Plaintiffs' claims against Defendants and Defendants' modus operandi regarding the ponzi scheme.

1

2      e.  Yan Yun Yu
        c/o Law Office of John Claassen
3         2201 Broadway, Suite 803
        Oakland, CA  94612
4         (510) 251-8010

5         Information includes full knowledge of Plaintiffs' claims against Defendants.

6
    f.  Michelle B. Ren
7         c/o Law Office of John Claassen
        2201 Broadway, Suite 803
8         Oakland, CA  94612
        (510) 251-8010
9

10         Information includes full knowledge of Plaintiffs' claims against Defendants.

11     g.  Weng Sheng Wong
        c/o Law Office of John Claassen
12         2201 Broadway, Suite 803
        Oakland, CA  94612
13         (510) 251-8010

14
        Information includes full knowledge of Plaintiffs' claims against Defendants.
15

16     h.  Weng K. Wong
        c/o Law Office of John Claassen
17         2201 Broadway, Suite 803
        Oakland, CA  94612
18         (510) 251-8010

19         Information includes full knowledge of Plaintiffs' claims against Defendants.

20
    i.  Wai Pak
21         c/o Law Office of John Claassen
        2201 Broadway, Suite 803
22         Oakland, CA  94612
        (510) 251-8010
23

24         Information includes full knowledge of Plaintiffs' claims against Defendants.

25     j.  Stanley Carter
        83 Shadow Mountain
26         Oakland, CA  94609

27
        Information includes full knowledge of Defendants' ponzi scheme and the promises and
28

**PLAINTIFFS' INITIAL DISCLSOURES**
**PURSUANT TO FRCP 26**                              **C07-06512 JCS**

representations made pursuant to the scheme.

k. Verna Tait

Information includes full knowledge of Plaintiffs' claims against Defendants; including whether the securities Defendants offered were unregistered and unqualified.

l. Maurice Jackson

Information includes full knowledge of Plaintiffs' claims against Defendants; including whether the securities Defendants offered were unregistered and unqualified.

m. Maisha Pulliam

Information includes full knowledge of Plaintiffs' claims against Defendants; including whether the securities Defendants offered were unregistered and unqualified.

n. Jacquelyne Odom

Information includes full knowledge of Plaintiffs' claims against Defendants; including whether the securities Defendants offered were unregistered and unqualified.

2. **Category and location of documents in Plaintiffs' possession, custody or control that may be used to support Plaintiffs' claims unless used solely for impeachment:**

a. Documents related to Plaintiffs' promissory notes attached to Plaintiffs' Verified Amended Complaint;

b. Documents related to execution of those promissory notes, including but not limited to the documents attached as exhibits to Plaintiffs' Verified Amended Complaint and Motion for Partial Summary Judgment, correspondence and other investment agreement documents;

c. Documents related to the "investment" scheme run by Defendants, including but not limited to documents attached as exhibits to Plaintiffs' Verified Amended Complaint and Motion for Partial Summary Judgment, e-mails, and other correspondence.

d. Documents related to Defendants' management, operation and control of the businesses known as Real Time Investments and Economic Resource Services.

All documents are located at Plaintiffs' counsel's office at 2201 Broadway, Ste. 803, Oakland.

3. **Computation of damages.**

Defendants bilked over $1.3 million from Plaintiffs, promised 50% returns on their investments, and have yet to pay Plaintiffs their money. Under the strict terms of the notes

themselves, Plaintiffs are owed over $2 million.  Plaintiffs are also entitled to interest from the dates of their investment (in the case of rescission) or from the dates of breach (for damages).

The promissory notes further contained attorney's fees provisions, which Plaintiffs' counsel estimates could exceed $250,000.

**4.    Insurance coverage.**

Defendants' securities, to the best of Plaintiffs' knowledge, are not secured or registered, and Plaintiffs are unaware of any insurance coverage that could compensate them for their losses.

DATED: April 2, 2008                                                LAW OFFICE OF JOHN CLAASSEN

/s/ John Claassen
_____
John Claassen, Esq.
Attorney for Plaintiffs