1  VERNON C. GOINS II (SBN 195461)
   BRIAN K. HILLIARD (SBN 244193)
2  TAYLOR, GOINS & STALLWORTH LLP
   1330 Broadway, Suite 1701
3  Oakland, CA 94612
4  Telephone:    (510) 893-9465
   Facsimile:    (510) 893-4228
5
   Attorneys for Defendants
6  MAURICE JACKSON and VERNA TAIT

7              **UNITED STATES DISTRICT COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**

9

10 KWOK K. CHO, an individual, THAU LONG, ) No.  C 07-06512 JCS
   an individual; HAO LONG, an individual,  )
11 XIAO MIN MA, an individual; YAN YUN      )
   YU, an individual; WAI PAK, an individual; ) **NOTICE OF STAY OF PROCEEDINGS**
12 MICHELLE B. REN, an individual; WENG     )
   SHENG WONG and WENG K. WONG, an          )
13 individual                                )
                                             )
14            Plaintiffs,                    )
                                             )
15     vs.                                   )
                                             )
16 MAURICE JACKSON, an individual, and aka  )
   RTI & aka REAL TIME INVESTMENTS and      )
17 aka ECONOMIC RESOURCE SERVICES,          )
   REAL TIME INVESTMENTS LLC, a             )
18 California limited liability company,    )
   ECONOMIC RESOURCE SERVICES, a            )
19 Nevada corporation, VERNA TAIT, an       )
   individual, JACQUELYNE ODOM aka          )
20 JACKIE ODOM, MAISHA YVONNE               )
   PULLIAM, an individual aka MAISHA        )
21 YVONNE JACKSON, ECONOMIC REAL            )
   ESTATE SOLUTIONS, INC. a California      )
22 corporation, and DOES 1 THROUGH 100,     )
                                             )
23            Defendants.                    )
                                             )
24 ─────────────────────────────

25

TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT an automatic stay in the above-referenced action has been caused by the filing of a bankruptcy petition in the United States Bankruptcy Court, Northern District of California, entitled *In re Maurice Jackson*, case number 08-41215. As a result of the foregoing, the above-referenced case is stayed with regard to defendant Maurice Jackson.

True and correct copies of the Summons to Debtor In Involuntary Case and the Involuntary Petition are attached hereto as Exhibit A.

Dated: February 19, 2008                    TAYLOR, GOINS & STALLWORTH LLP


s/Vernon C. Goins
VERNON C. GOINS
Attorneys for Defendants
MAURICE JACKSON
and VERNA TAIT