# United States Bankruptcy Court
## Northern District of California

In re
Maurice Jackson
Social Security No.: 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
Employer Tax I.D. No.:

Bankruptcy Case No. 08-41215

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition until title 11, United States Code was filed against you on March 14, 2008, in this bankruptcy court, requesting an order for relief under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code).

YOU ARE SUMMONED and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 20 days after the service of this summons. A copy of the petition is attached.

| Address of Clerk |
|---|
| U. S. Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Chris D. Kuhner, Esq.<br>Kornfield, Paul, Nyberg & Kuhner, P.C.<br>1999 Harrison Street, Suite 2675<br>Oakland, California 94612-3525 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.**

GLORIA L. FRANKLIN
Clerk of the Bankruptcy Court

3/17/08
Date

[signature]
Deputy Clerk

*Set forth all names, including trade names, used by the debtor within the last 6 years (Bankruptcy Rule 1005). For joint debtors set froth both social security number

J:\Maurice\Cynthia\...\Involv-Summons.wpd

Case: 08-41215    Doc #: 2    Filed: 03/14/2008    Page 1 of 1
Case: 08-41215    Doc #: 3    Filed: 03/17/2008    Page 1 of 1

B5 (Official Form 5) (12/07)

**FORM 5. INVOLUNTARY PETITION**

**United States Bankruptcy Court**
**Northern District of California**

| INVOLUNTARY PETITION |
|---|

IN RE (Name of Debtor - If Individual Last, First, Middle)
Jackson, Maurice

ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)

Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)
xxx-xx-0000

STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)
440 Grand Avenue, #110
Oakland, CA 94610

MAILING ADDRESS OF DEBTOR (If different from street address)

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS
Alameda

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

**CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED**
☒ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

**Nature of Debts** (Check one box)
Petitioners believe:
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☒ Individual (Includes Joint Debtor)
☐ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**VENUE**
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)
☒ Full Filing Fee attached
☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS** (Check applicable boxes)

COURT USE ONLY

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3 a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
3 b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Best Case Bankruptcy

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor __Jackson, Maurice__
Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X_____ | X_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                     Date |
| **Cynthia Mathis /s/** | **Chris D. Kuhner /s/** |
| Name of Petitioner                          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Cynthia Mathis /s/ c/o Kornfield, Paul, Nyberg & Kuhner, P.C. 1999 Harrison Street, Suite 2675 Oakland, CA 94612 | Kornfield, Paul, Nyberg & Kuhner, P.C. 1999 Harrison Street, Suite 2675 Oakland, CA 94612 Address Telephone No. 510-763-1000 |

| X_____ | X_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                     Date |
| **Sonya Cleveland-Hancock /s/** | **Chris D. Kuhner /s/** |
| Name of Petitioner                          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Sonya Cleveland-Hancock /s/ c/o Kornfield, Paul & Nyberg, P.C. 1999 Harrison Street, Suite 2675 Oakland, CA 94612 | Kornfield, Paul, Nyberg & Kuhner, P.C. 1999 Harrison Street, Suite 2675 Oakland, CA 94612 Address Telephone No. 510-763-1000 |

| X_____ | X_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                     Date |
| **Frank Hancock /s/** | **Chris D. Kuhner** |
| Name of Petitioner                          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Frank Hancock /s/ c/o Kornfield, Paul, Nyberg & Kuhner, P.C. 1999 Harrison Street, Suite 2675 Oakland, CA 94612 | Kornfield, Paul, Nyberg & Kuhner, P.C. 1999 Harrison Street, Suite 2675 Oakland, CA 94612 Address Telephone No. 510-763-1000 |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Cynthia Mathis /s/ c/o Kornfield, Paul, Nyberg & Kuhner, P.C. 1999 Harrison Street, Suite 2675 Oakland, CA 94612 | Contract/Fraud | 90,000.00 |
| Sonya Cleveland-Hancock /s/ c/o Kornfield, Paul, Nyberg & Kuhner, P.C. 1999 Harrison Street, Suite 2675 Oakland, CA 94612 | Contract/Fraud | 157,500.00 |
| Frank Hancock /s/ c/o Kornfield, Paul, Nyberg & Kuhner, P.C. 1999 Harrison Street, Suite 2675 Oakland, CA 94612 | Contract/Fraud | 0.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims: **783,000.00**

__1__ continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor: Jackson, Maurice
Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X Signature of Petitioner or Representative (State title) | X Signature of Attorney | Date |
|---|---|---|
| **Ramona Houston /s/** <br> Name of Petitioner     Date Signed <br> Name & Mailing Address of Individual Signing in Representative Capacity: <br> Ramona Houston /s/ <br> c/o Kornfield, Paul, Nyberg & Kuhner, P.C. <br> 1999 Harrison Street, Suite 2675 <br> Oakland, CA 94612 | **Chris D. Kuhner /s/** <br> Name of Attorney Firm (If any) <br> Kornfield, Paul, Nyberg & Kuhner, P.C. <br> 1999 Harrison Street, Suite 2675 <br> Oakland, CA 94612 <br> Address <br> Telephone No. 510-763-1000 | |

| X Signature of Petitioner or Representative (State title) | X Signature of Attorney | Date |
|---|---|---|
| **Leslie McGee /s/** <br> Name of Petitioner     Date Signed <br> Name & Mailing Address of Individual Signing in Representative Capacity: <br> Leslie McGee /s/ <br> c/o Kornfield, Paul, Nyberg & Kuhner, P.C. <br> 1999 Harrison Street, Suite 2675 <br> Oakland, CA 94612 | **Chris D. Kuhner /s/** <br> Name of Attorney Firm (If any) <br> Kornfield, Paul, Nyberg & Kuhner, P.C. <br> 1999 Harrison Street, Suite 2675 <br> Oakland, CA 94612 <br> Address <br> Telephone No. 510-763-1000 | |

| X Signature of Petitioner or Representative (State title) | X Signature of Attorney | Date |
|---|---|---|
| **Chris Thomas /s/** <br> Name of Petitioner     Date Signed <br> Name & Mailing Address of Individual Signing in Representative Capacity: <br> Chris Thomas /s/ <br> c/o Kornfield, Paul, Nyberg & Kuhner, P.C. <br> 1999 Harrison Street, Suite 2675 <br> Oakland, CA 94612 | **Chris D. Kuhner /s/** <br> Name of Attorney Firm (If any) <br> Kornfield, Paul, Nyberg & Kuhner, P.C. <br> 1999 Harrison Street, Suite 2675 <br> Oakland, CA 94612 <br> Address <br> Telephone No. 510-763-1000 | |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Ramona Houston /s/ <br> c/o Kornfield, Paul, Nyberg & Kuhner, P.C. <br> 1999 Harrison Street, Suite 2675 <br> Oakland, CA 94612 | Contract/Fraud | 99,000.00 |
| Leslie McGee /s/ <br> c/o Kornfield, Paul, Nyberg & Kuhner, P.C. <br> 1999 Harrison Street, Suite 2675 <br> Oakland, CA 94612 | Contract/Fraud | 0.00 |
| Chris Thomas /s/ <br> c/o Kornfield, Paul, Nyberg & Kuhner, P.C. <br> 1999 Harrison Street, Suite 2675 <br> Oakland, CA 94612 | Contract/Fraud | 20,000.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims: 783,000.00

1 of 2 continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor __Jackson, Maurice__

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____  
Signature of Petitioner or Representative (State title)  
**Dewanda Joseph /s/**  
Name of Petitioner  

Date Signed  
Name & Mailing Address of Individual Signing in Representative Capacity:  
Dewanda Joseph /s/  
c/o Kornfield, Paul, Nyberg & Kuhner, P.C.  
1999 Harrison Street, Suite 2675  
Oakland, CA 94612  

X _____  
Signature of Attorney                 Date  
**Chris D. Kuhner /s/**  
Name of Attorney Firm (If any)  
Kornfield, Paul, Nyberg & Kuhner, P.C.  
1999 Harrison Street, Suite 2675  
Oakland, CA 94612  
Address  
Telephone No. __510-763-1000__

X _____  
Signature of Petitioner or Representative (State title)  
**Nell Simon /s/**  
Name of Petitioner  

Date Signed  
Nell Simon /s/  
c/o Kornfield, Paul, Nyberg & Kuhner, P.C.  
1999 Harrison Street, Suite 2675  
Oakland, CA 94612  

X _____  
Signature of Attorney                 Date  
**Chris D. Kuhner /s/**  
Name of Attorney Firm (If any)  

1999 Harrison Street, Suite 2675  
Oakland, CA 94612  
Address  
Telephone No. __510-763-1000__

X _____  
Signature of Petitioner or Representative (State title)  
**Gina Morning /s/**  
Name of Petitioner  

Date Signed  
Gina Morning /s/  
c/o Kornfield, Paul, Nyberg & Kuhner, P.C.  
1999 Harrison Street, Suite 2675  
Oakland, CA 94612  

X _____  
Signature of Attorney                 Date  
**Chris D. Kuhner /s/**  
Name of Attorney Firm (If any)  

1999 Harrison Street, Suite 2675  
Oakland, CA 94612  
Address  
Telephone No. __510-763-1000__

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Dewanda Joseph /s/<br>c/o Kornfield, Paul, Nyberg & Kuhner, P.C.<br>1999 Harrison Street, Suite 2675<br>Oakland, CA 94612 | Contract/Fraud | 0.00 |
| Nell Simon /s/<br>c/o Kornfield, Paul, Nyberg & Kuhner, P.C.<br>1999 Harrison Street, Suite 2675<br>Oakland, CA 94612 | Contract/Fraud | 258,500.00 |
| Gina Morning /s/<br>c/o Kornfield, Paul, Nyberg & Kuhner, P.C.<br>1999 Harrison Street, Suite 2675<br>Oakland, CA 94612 | Contract/Fraud | 35,000.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims: 783,000.00

2 of 3 continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2                     Name of Debtor __Jackson, Maurice__
                                                          Case No_____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X_____ | X_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| **Mozella Mayberry /s/** | **Chris D. Kuhner /s/** |
| Name of Petitioner           Date Signed | Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Mozella Mayberry /s/ c/o Kornfield, Paul, Nyberg & Kuhner, P.C. 1999 Harrison Street, Suite 2675 Oakland, CA 94612 | 1999 Harrison Street, Suite 2675 Oakland, CA 94612 Address Telephone No. 510-763-1000 |
| X_____ | X_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| **Regina Harrison /s/** | **Chris Kuhner /s/** |
| Name of Petitioner           Date Signed | Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Regina Harrison /s/ PMB 309 240A Waterman Blvd Fairfield, CA 94534 | Kornfield, Paul, Nyberg & Kuhner, P.C. 1999 Harrison St., Suite 2675 Oakland, CA 94612 Address Telephone No. (510) 763-1000 |
| X_____ | X_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Name of Petitioner           Date Signed | Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: | Address Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Mozella Mayberry /s/ c/o Kornfield, Paul, Nyberg & Kuhner, P.C. 1999 Harrison Street, Suite 2675 Oakland, CA 94612 | Contract/Fraud | 60,000.00 |
| Regina Harrison /s/ PMB 309 240A Waterman Blvd Fairfield, CA 94534 | Contract/Fraud | 65,000.00 |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 783,000.00 |

__1__ of __3__ continuation sheets attached

# PROOF OF SERVICE

I, the undersigned, declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 1330 Broadway, Suite 1701, Oakland, California, 94612.

On April 2, 2008, I served the following:

**NOTICE OF STAY OF PROCEEDINGS**

[X]  VIA U.S. MAIL by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as shown below.

[ ]  VIA HAND DELIVERY by causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

[ ]  VIA FACSIMILE TRANSMISSION by transmitting a true copy thereof by facsimile transmission from the facsimile number (510) 893 4228 to the interested parties to said action at the facsimile number(s) shown below.

[ ]  VIA OVERNIGHT DELIVERY by placing a true copy thereof, enclosed in a sealed envelope, with delivery charges fully paid, to be delivered via second day air to the address(es) shown below.

**Omar Krashna**
**Krashna Law Firm**
**1440 Broadway, Suite 308**
**Oakland, CA 94612**

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 2nd day of April 2008, at Oakland, California.

_____
Erika Casady