# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 07-06512 JCS**

**CASE NAME:  KWOK K. CHO v. MAURICE JACKSON**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: April 4, 2008      **TIME: 4 mins** | **COURT REPORTER**: Not Recorded |
| **COUNSEL FOR PLAINTIFF:** John Claassen | **COUNSEL FOR DEFENDANT:** Vernon C. Goins, II |

| PROCEEDINGS: | RULING: |
|---|---|
| 1. Initial Case Management Conference | Held. |
| 2.  Plas' Motion for Partial Summary Judgment [docket no. 26] | Denied w/o prejudice |

**ORDERED AFTER HEARING:**
An updated joint case management conference statement regarding the status of the bankruptcy, and schedule for the remainder of the case shall be due by 4/18/8.

**ORDER TO BE PREPARED BY:**       () Plaintiff      () Defendant        (X) Court

**CASE CONTINUED TO:**    04/25/08 at 1:30 p.m., for a further case mgmt conference.

| Number of Depos: | Number of Experts: | Discovery Cutoff: |
|---|---|---|
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**      at 9:30 a.m. | | **Pretrial Conference:**       at 1:30 p.m. |
| **Trial Date:**          at 8:30 a.m.  ()Jury   ()Court     Set for    days | | |

cc:      Chambers; Karen
* (T) = Telephonic Appearance