UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWOK K. CHO, ET AL., | Case No. C-07-06512 JCS |
| Plaintiff(s), | **CASE MANAGEMENT AND PRETRIAL ORDER AND ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [Docket No. 26]** |
| v. | |
| MAURICE JACKSON, ET AL., | |
| Defendant(s). | |

Following a case management conference held on **April 4, 2008,**

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion for Partial Summary Judgment is denied without prejudice.

2. An updated joint case management conference statement, including bankruptcy status, and schedule for the remainder of the case shall be due by **April 18, 2008.**

3. A further case management conference is set for **April 25, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: April 14, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge