1  LAW OFFICE OF JOHN CLAASSEN
   JOHN CLAASSEN, ESQ. (212954)
2  2201 BROADWAY, SUITE 803
   OAKLAND, CA 94612
3  TELEPHONE:  (510) 251-8010
   FACSIMILE:  (510) 868-3398
4  john@claassenlegal.com

5  Attorney for Plaintiffs
   THAU LONG, KWOK CHO, HAO LONG,
6  XIAO MIN MA, YAN YUN YU, WAI PAK,
   MICHELLE B. REN, WENG SHENG WONG, and WENG K. WONG
7

8                  **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
9

10 KWOK K. CHO, et al.                )    Case No.: C07-06512 JCS
                                      )
11           Plaintiffs,              )    **NOTICE OF VOLUNTARY**
                                      )    **DISMISSAL**
12      v.                            )
                                      )    **Dept: Courtroom A, 15th Floor**
13 MAURICE JACKSON, et al.,           )    **Before: Honorable Joseph C. Spero**
                                      )
14           Defendants.              )
                                      )
15                                    )
                                      )
16                                    )
                                      )
17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLONTARY DISMISSAL**                              **C07-06512 JCS**

# NOTICE OF VOLONTARY DISMISSAL

Plaintiffs Thau Long, Kwok Cho, Hao Long, Xiao Min Ma, Yan Yun Yu, Wai Pak, Michelle B. Ren, Weng Sheng Wong, and Weng K. Wong (collectively "Plaintiffs") respectfully notify the Court and defendants that they are dismissing the following un-served defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i):

- REAL TIME INVESTMENTS, LLC, a California limited liability company;
- ECONOMIC RESOURCE SERVICES, a Nevada corporation;
- JACQUELYNE ODOM, aka JACKIE ODOM, an individual, aka JACQUELINE ODOM;
- MAISHA YVONNE PULLIAM, an individual, aka MAISHA YVONNE JACKSON; and
- ECONOMIC REAL ESTATE SOLUTIONS, INC., a California corporation.

DATED: April 25, 2008                                    Respectfully Submitted,

/s/

_____
John Claassen (SBN 212954)
2201 Broadway, Suite 803
Oakland, CA  94612
Telephone: 510-251-8010
Facsimile: 510-868-3398

john@claassenlegal.com

Attorney for Plaintiffs
THAU LONG, KWOK CHO, HAO LONG, XIAO MIN MA, YAN YUN YU, WAI PAK, MICHELLE B. REN, WENG SHENG WONG, and WENG K. WONG