# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 07-06512 JCS**

**CASE NAME:  KWOK K. CHO v. MAURICE JACKSON**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: April 25, 2008      **TIME:** 13 mins | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:**<br>John Claassen | **COUNSEL FOR DEFENDANT:**<br>Vernon C. Goins, II |

**PROCEEDINGS:**                                                                 **RULING:**

1. Further Case Management Conference                        Held.

___

**ORDERED AFTER HEARING:**

This case is referred to ADR for mediation, to occur by July 31, 2008.  The non-bankrupt defendant Verna Tate shall sit for a judgment debtor exam, to occur by May 30, 2008. Simultaneous briefs on the bankruptcy stay shall be due by August 8, 2008.

**NOTES:** Dft Jackson is in bankruptcy.

___

**ORDER TO BE PREPARED BY:**        () Plaintiff      () Defendant      (X) Court

**CASE CONTINUED TO:**   08/15/08 at 1:30 p.m., for a further case mgmt conference.

___

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**   at 9:30 a.m. | | **Pretrial Conference:**    at 1:30 p.m. |
| **Trial Date:**           at 8:30 a.m.  ()Jury   ()Court      Set for      days | | |

**cc:**      **Chambers; Karen**, ADR
* (T) = Telephonic Appearance