UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWOK K. CHO, ET AL., | Case No. C-07-06512 JCS |
| Plaintiff(s), | **FURTHER CASE MANAGEMENT AND PRETRIAL ORDER** |
| v. | |
| MAURICE JACKSON, ET AL., | |
| Defendant(s). | |

Following a case management conference held on **April 25, 2008,**

IT IS HEREBY ORDERED THAT:

1. This case is referred to the Court's ADR program for Mediation, to occur by July 31, 2008.

2  The non-bankrupt Defendant Verna Tait shall sit for a judgment debtor exam to occur by May 30, 2008.

3. Simultaneous briefs on the bankruptcy stay shall be due by **August 8, 2008.**

3. A further case management conference is set for **August 15, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: April 29, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge