1  VERNON C. GOINS II (SBN 195461)
   BRIAN K. HILLIARD (SBN 244193)
2  TAYLOR, GOINS & STALLWORTH LLP
   1330 Broadway, Suite 1701
3  Oakland, CA 94612
4  Telephone:     (510) 893-9465
   Facsimile:      (510) 893-4228
5
   Attorneys for Defendants
6  MAURICE JACKSON and VERNA TAIT

7  **UNITED STATES DISTRICT COURT**

8  **NORTHERN DISTRICT OF CALIFORNIA**

9

10 KWOK K. CHO, an individual, THAU LONG, ) No.   C 07-06512 JCS
   an individual; HAO LONG, an individual,   )
11 XIAO MIN MA, an individual; YAN YUN       )
   YU, an individual; WAI PAK, an individual; ) **NOTICE OF STAY OF PROCEEDINGS**
12 MICHELLE B. REN, an individual; WENG      )
   SHENG WONG and WENG K. WONG, an           )
13 individual                                )
                                             )
14              Plaintiffs,                  )
        vs.                                  )
15                                           )
                                             )
16 MAURICE JACKSON, an individual, and aka   )
   RTI & aka REAL TIME INVESTMENTS and       )
17 aka ECONOMIC RESOURCE SERVICES,           )
   REAL TIME INVESTMENTS LLC, a              )
18 California limited liability company,     )
   ECONOMIC RESOURCE SERVICES, a             )
19 Nevada corporation, VERNA TAIT, an        )
   individual, JACQUELYNE ODOM aka           )
20 JACKIE ODOM, MAISHA YVONNE                )
   PULLIAM, an individual aka MAISHA         )
21 YVONNE JACKSON, ECONOMIC REAL             )
   ESTATE SOLUTIONS, INC. a California       )
22 corporation, and DOES 1 THROUGH 100,      )
                                             )
23              Defendants.                  )
   _____   )
24

25

---
NOTICE OF STAY OF PROCEEDINGS
(CASE NO. C 07-06512 JCS)

TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT an automatic stay in the above-referenced action has been caused by the July 23, 2008 filing of a bankruptcy petition in the United States Bankruptcy Court, Eastern District of California, entitled *In re Verna Lois Tait*, case number 08-29996-C 7. As a result of the foregoing, the above-referenced case is stayed with regard to defendant Verna Tait.

True and correct copies of the Voluntary Petition are attached hereto as Exhibit A.

Dated: July 31, 2008                    TAYLOR, GOINS & STALLWORTH LLP

s/Vernon C. Goins
VERNON C. GOINS
Attorneys for Defendants
MAURICE JACKSON
and VERNA TAIT

---

NOTICE OF STAY OF PROCEEDINGS
(CASE NO. C 07-06512 JCS)