# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.** C 07-06512 JCS

**CASE NAME:** KWOK K. CHO v. MAURICE JACKSON

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY:** Karen Hom |
| **DATE:** August 15, 2008    **TIME:** 1 min | **COURT REPORTER:** Not Recorded |
| **COUNSEL FOR PLAINTIFF:**<br>John Claassen *(T) | **COUNSEL FOR DEFENDANT:**<br>Vernon C. Goins, II *(T) |

**PROCEEDINGS:**                                                                           **RULING:**

1. Further Case Management Conference                                      Held.

---

**ORDERED AFTER HEARING:**

Due to Bankruptcy proceedings, this case will be administratively closed.

---

**ORDER TO BE PREPARED BY:**     ( ) Plaintiff     ( ) Defendant     ( ) Court

**CASE CONTINUED TO:**

---

**Number of Depos:**        **Number of Experts:**        **Discovery Cutoff:**

**Expert Disclosure:**        **Expert Rebuttal:**        **Expert Discovery Cutoff:**

**Motions Hearing:**        at 9:30 a.m.        **Pretrial Conference:**        at 1:30 p.m.

**Trial Date:**        at 8:30 a.m.  ( )Jury   ( )Court        Set for        days

---

**cc:**     **Chambers; Karen**, ADR
* (T) = Telephonic Appearance